# Exhibit H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Mr. JOE ARPAIO, Elected SHERIFF of<br>Maricopa County, State of Arizona<br><br>                      Plaintiff,<br><br>   v.<br><br>Mr. BARACK HUSSEIN OBAMA, acting<br>as President of the United States of America<br><br>         and<br><br>Mr. JEH CHARLES JOHNSON, acting as Secretary<br>of the U.S. Department of Homeland Security<br><br>         and<br><br>Mr. LEON RODRIQUEZ, acting as Director<br>of the U.S. Citizenship and Immigration Services<br><br>                   Defendants. | Case 1:14-cv-01966 |

**DECLARATION OF JONATHON MOSELEY, FREEDOM WATCH,**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION**

Pursuant to 28 U.S.C. §1746, I, Jonathon Moseley, hereby declare under penalty of perjury that the following is true and correct:

1) I am over the age of 18 years old and mentally and legally competent to make this affidavit sworn under oath.

2) I searched the publicly released budget information for the United States Immigration and Customs Enforcement (ICE) and United States Citizenship and Immigration Services (USCIS) components of the United States Department of Homeland Security, at the websites of the Office of Management and Budget and the Department of Homeland Security.

3) The published budgets and budget requests of the U.S. Department of Homeland Security, technically admissions by a party-opponent, report the following information which was submitted to Congress by the U.S. Department of Homeland Security and now posted on the Department's website at http://www.dhs.gov/dhs-budget.

4) Those segments of the President's budgetary request to Congress applying to ICE and to USCIS for each fiscal year recites the amount of funding requested by the Department for ICE and USCIS and the amount actually appropriated by Congress in the prior fiscal year.

5) The U.S. Congress appropriated about $814 million more for ICE than the U.S. Department of Homeland Security requested in and since fiscal year 2006.

6) The U.S. Congress appropriated nearly $465 million more for USCIS than the U.S. Department of Homeland Security requested in and since fiscal year 2006.

**Immigration and Customs Enforcement (ICE)**

| Year | Budget Request | Congress Appropriated |
|---|---|---|
| 2006 | $4,364,270,000 | $3,879,443,000 |
| 2007 | $4,696,932,000 | $4,726,641,000 |
| 2008 | $5,014,500,000 | $5,576,080,000 |
| 2009 | $5,676,085,000 | $5,948,210,000 |
| 2010 | $5,762,800,000 | $5,741,752,000 |
| 2011 | $5,835,187,000 | $5,748,339,000 |
| 2012 | $5,822,576,000 | $5,862,453,000 |
| 2013 | $5,644,061,000 | $5,879,064,000 |
| 2014 | $5,341,722,000 | $5,610,663,000 |

## **U.S. Citizenship and Immigration Services  (USCIS)**

2006  Budget Request:        $1,854,000,000     Congress Appropriated  $1,887,850,000

2007  Budget Request:        $1,985,990,000     Congress Appropriated  $1,985,990,000

2008  Budget Request:        $2,568,872,000     Congress Appropriated  $2,619,173,000

2009  Budget Request:        $2,689,726,000     Congress Appropriated  $2,690,926,000

2010  Budget Request:        $2,867,232,000     Congress Appropriated  $2,859,997,000

2011  Budget Request:        $2,812,357,000     Congress Appropriated   $3,029,829,000

2012  Budget Request:        $2,906,865,000     Congress Appropriated  $3,078,465,000

2013  Budget Request:        $3,005,383,000     Congress Appropriated  $3,005,383.000

2014  Budget Request:        $3,219,466,000     Congress Appropriated  $3,217,236,000

7) I am engaged as an independent contractor performing occasional legal services part-time for the Plaintiff Freedom Watch, Inc.

8) I am familiar with the budgetary information and historical tables published by the Office of Management and Budget, a part of the Executive Office of the President, including as posted on the website of OMB.

9) I earned a Bachelors of Science in Business Administration with a major in Finance from the University of Florida in Gainesville, Florida.

10) I studied an additional year of post-graduate accounting at the University of Florida.

11) I worked from 1987 through 1992 as a management analyst in the United States Department of Education (USED).

12) While working at USED, I became directly familiar as part of my work with the budget of the United States and the budgeting process for the Federal Departments.

13) In fact, I was "hired" to work at OMB on the basis of being detailed from USED to

3

OMB while remaining on the USED payroll, but the use of a Full Time Equivalent (FTE) slot to detail me to OMB was not approved by the Office of Management.

14) While working in the Executive Office of the Office of Bilingual Education and Minority Languages Affairs (OBEMLA), I prepared the budget requests for OBEMLA to the United States Congress to be forwarded through OMB, including the briefing books to prepare the Director of OBEMLA, Alica Coro, to testify in support of the budget request in Congress, under the delegation and direction of the Executive Officer of OBEMLA.

15) I left the U.S. Department of Education in 1992 to attend George Mason University School of Law in Arlington, Virginia.

16) As a result, I am directly familiar from my professional work with the budgetary process for Federal Departments, the budget requests prepared and submitted to Congress, and the historical budgetary tables and reports of the U.S. Government.

I hereby swear under oath and penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief:

_____
Jonathon Moseley, Esq.

Dated:  December 1, 2014

Freedom Watch, Inc.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800

204 South Main Avenue #3
Lake Placid, Florida 33852
Cell:   (703) 656-1230
Fax:  (703) 783-0449
Contact@JonMoseley.com