# Exhibit I

the WHITE HOUSE   PRESIDENT BARACK OBAMA                                    Contact Us ▶  Get Email Updates ▼

BRIEFING ROOM    ISSUES    THE ADMINISTRATION    PARTICIPATE    1600 PENN

Search                                Sut

Home • Briefing Room • Speeches & Remarks

**The White House**

Office of the Press Secretary

For Immediate Release                                                                                June 30, 2014

## Remarks by the President on Border Security and Immigration Reform

Rose Garden

3:04 P.M. EDT

THE PRESIDENT:  Good afternoon, everybody.  One year ago this month, senators of both parties –- with support from the business, labor, law enforcement, faith communities — came together to pass a commonsense immigration bill.

Independent experts said that bill would strengthen our borders, grow our economy, shrink our deficits.  As we speak, there are enough Republicans and Democrats in the House to pass an immigration bill today.  I would sign it into law today, and Washington would solve a problem in a bipartisan way.

But for more than a year, Republicans in the House of Representatives have refused to allow an up-or-down vote on that Senate bill or any legislation to fix our broken immigration system.  And I held off on pressuring them for a long time to give Speaker Boehner the space he needed to get his fellow Republicans on board.

Meanwhile, here's what a year of obstruction has meant.  It has meant fewer resources to strengthen our borders.  It's meant more businesses free to game the system by hiring undocumented workers, which punishes businesses that play by the rules, and drives down wages for hardworking Americans.  It's meant lost talent when the best and brightest from around the world come to study here but are forced to leave and then compete against our businesses and our workers.  It's meant no chance for 11 million immigrants to come out of the shadows and earn their citizenship if they pay a penalty and pass a background check, pay their fair share of taxes, learn English, and go to the back of the line.  It's meant the heartbreak of separated families.

That's what this obstruction has meant over the past year.  That's what the Senate bill would fix if the House allowed it to go to a vote.

Our country and our economy would be stronger today if House Republicans had allowed a simple yes-or-no vote on this bill or, for that matter, any bill.  They'd be following the will of the majority of the American people who support reform.  Instead, they've proven again and again that they're unwilling to stand up to the tea party in order to do what's best for the country.  And the worst part about it is a bunch of them know better.

We now have an actual humanitarian crisis on the border that only underscores the need to drop the politics and fix our immigration system once and for all.  In recent weeks, we've seen a surge of unaccompanied children arrive at the border, brought here and to other countries by smugglers and traffickers.

The journey is unbelievably dangerous for these kids.  The children who are fortunate enough to survive it will be taken care of while they go through the legal process, but in most cases that process will lead to them being sent back home.  I've sent a clear message to parents in these countries not to put their kids through this.  I recently sent Vice President Biden to meet with Central American leaders and find ways to address the root causes of this crisis.  Secretary Kerry will also be meeting with those leaders again tomorrow.  With our international partners, we're taking new steps to go after the dangerous smugglers who are putting thousands of children's lives at risk.

Today, I sent a letter to congressional leaders asking that they work with me to address the urgent humanitarian challenge on the border, and support the immigration and Border Patrol agents who already apprehend and deport hundreds of thousands of undocumented immigrants every year.  And understand, by the way, for the most part,



**LATEST BLOG POSTS**

December 03, 2014 5:39 PM EST

President Obama Delivers a Statement on the Grand Jury Decision in the Death of Eric Garner
President Obama delivers the following statement on the Grand Jury's Decision in the Death of Eric Garner.

December 04, 2014 11:09 AM EST

Why Global Health Security Is an Emergency
In June 2012, the world missed a deadline, without fanfare and without public outcry: Eighty percent of countries failed to meet the global timeline to be prepared to battle biological threats like Ebola.

December 03, 2014 6:52 PM EST

President Obama Speaks with the Business Roundtable
President Obama speaks with Business Roundtable, a group of CEOs of some of the country's leading companies, at an event in Washington, D.C.

VIEW ALL RELATED BLOG POSTS



Facebook          YouTube

Twitter           Vimeo

Flickr            iTunes

Google+           LinkedIn

this is not a situation where these children are slipping through. They're being apprehended. But the problem is, is that our system is so broken, so unclear that folks don't know what the rules are.

Now, understand –- there are a number of Republicans who have been willing to work with us to pass real, commonsense immigration reform, and I want to thank them for their efforts. There are a number of Republican leaders in the Senate who did excellent work and deserve our thanks. And less visibly, there have been folks in the House who have been trying to work to get this done. And quietly, because it doesn't always help me to praise them, I've expressed to them how much I appreciate the efforts that they've made.

I believe Speaker Boehner when he says he wants to pass an immigration bill. I think he genuinely wants to get something done. But last week, he informed me that Republicans will continue to block a vote on immigration reform at least for the remainder of this year. Some in the House Republican Caucus are using the situation with unaccompanied children as their newest excuse to do nothing. Now, I want everybody to think about that. Their argument seems to be that because the system is broken, we shouldn't make an effort to fix it. It makes no sense. It's not on the level. It's just politics, plain and simple.

Now, there are others in the Republican Caucus in the House who are arguing that they can't act because they're mad at me about using my executive authority too broadly. This also makes no sense. I don't prefer taking administrative action. I'd rather see permanent fixes to the issue we face. Certainly that's true on immigration. I've made that clear multiple times. I would love nothing more than bipartisan legislation to pass the House, the Senate, land on my desk so I can sign it. That's true about immigration, that's true about the minimum wage, it's true about equal pay. There are a whole bunch of things where I would greatly prefer Congress actually do something. I take executive action only when we have a serious problem, a serious issue, and Congress chooses to do nothing. And in this situation, the failure of House Republicans to pass a darn bill is bad for our security, it's bad for our economy, and it's bad for our future.

So while I will continue to push House Republicans to drop the excuses and act –- and I hope their constituents will too — America cannot wait forever for them to act. And that's why, today, I'm beginning a new effort to fix as much of our immigration system as I can on my own, without Congress. As a first step, I'm directing the Secretary of Homeland Security and the Attorney General to move available and appropriate resources from our interior to the border. Protecting public safety and deporting dangerous criminals has been and will remain the top priority, but we are going to refocus our efforts where we can to make sure we do what it takes to keep our border secure.

I have also directed Secretary Johnson and Attorney General Holder to identify additional actions my administration can take on our own, within my existing legal authorities, to do what Congress refuses to do and fix as much of our immigration system as we can. If Congress will not do their job, at least we can do ours. I expect their recommendations before the end of summer and I intend to adopt those recommendations without further delay.

Of course, even with aggressive steps on my part, administrative action alone will not adequately address the problem. The reforms that will do the most to strengthen our businesses, our workers, and our entire economy will still require an act of Congress. And I repeat: These are reforms that already enjoy the wide support of the American people. It's very rare where you get labor, business, evangelicals, law enforcement all agreeing on what needs to be done. And at some point, that should be enough. Normally, that is enough. The point of public service is to solve public problems. And those of us who have the privilege to serve have a responsibility to do everything in our power to keep Americans safe and to keep the doors of opportunity open.

And if we do, then one year from now, not only would our economy and our security be stronger, but maybe the best and the brightest from around the world who come study here would stay and create jobs here. Maybe companies that play by the rules will no longer be undercut by companies that don't. Maybe more families who've been living here for years, whose children are often U.S. citizens, who are our neighbors and our friends, whose children are our kids' friends and go to school with them, and play on ball teams with them, maybe those families would get to stay together. But much of this only happens if Americans continue to push Congress to get this done.

So I've told Speaker Boehner that even as I take those steps that I can within my existing legal authorities to make the immigration system work better, I'm going to continue to reach out to House Republicans in the hope that they deliver a more permanent solution with a comprehensive bill. Maybe it will be after the midterms, when they're less worried about politics. Maybe it will be next year. Whenever it is, they will find me a willing partner. I have been consistent in saying that I am prepared to work with them even on a bill that I don't consider perfect. And the Senate bill was a good example of the capacity to compromise and get this done. The only thing I can't do is stand by and do nothing while waiting for them to get their act together.

And I want to repeat what I said earlier. If House Republicans are really concerned about me taking too many executive actions, the best solution to that is passing bills. Pass a bill; solve a problem. Don't just say no on something that everybody agrees needs to be done. Because if we pass a bill, that will supplant whatever I've done administratively. We'll have a structure there that works, and it will be permanent. And people can make plans and businesses can make plans based on the law. And there will be clarity both here inside this country and outside it.

Let me just close by saying Friday is the Fourth of July. It's the day we celebrate our independence and all the things that make this country so great. And each year, Michelle and I host a few hundred servicemembers and wounded warriors and their families right here on the lawn for a barbecue and fireworks on the Mall.

And some of the servicemembers coming this year are unique because they signed up to serve, to sacrifice, potentially to give their lives for the security of this country even though they weren't yet Americans. That's how

much they love this country.  They were prepared to fight and die for an America they did not yet fully belong to.  I think they've earned their stripes in more ways than one.  And that's why on Friday morning we're going to naturalize them in a ceremony right here at the White House.  This Independence Day will be their first day as American citizens.

One of the things we celebrate on Friday –- one of the things that make this country great –- is that we are a nation of immigrants.  Our people come from every corner of the globe.  That's what makes us special.  That's what makes us unique.  And throughout our history, we've come here in wave after wave from everywhere understanding that there was something about this place where the whole was greater than the sum of its parts; that all the different cultures and ideas and energy would come together and create something new.

We won this country's freedom together.  We built this country together.  We defended this country together.  It makes us special.  It makes us strong.  It makes us Americans.  That's worth celebrating.  And that's what I want not just House Republicans but all of us as Americans to remember.

Thanks very much.

END
3:21 P.M. EDT



DECEMBER 2, 2014

# His Own Words: Obama Said He Doesn't Have Authority For Executive Amnesty 22 Times

Katie Pavlich

11/19/2014 12:00:00 PM - Katie Pavlich

According to a report in **POLITICO**, President Obama is expected to make good on his executive amnesty threat on Friday during an event in Las Vegas, despite saying repeatedly over the years that he does not have the authority to change immigration laws from the Oval Office.

House Speaker John Boehner, who warned the President shortly after the 2014 midterm elections that acting alone on immigration would "poison the well," has taken notice of Obama's past statements. After some research, his office found President Obama directly claimed *22 times* he couldn't take executive action on immigration because he doesn't have the authority.

Over the weekend President Obama was questioned during an overseas trip about his change in position with executive action looming and tried to argue his position on the extent of his authority to change immigration law hasn't changed at all.

"Actually, my position hasn't changed. When I was talking to the advocates, their interest was in me, through executive action, duplicating the legislation that was stalled in Congress," Obama told reporters.

When Obama says he was speaking with "advocates," he's referring to radio interviews on programs with open-border hosts, at La Raza events and during a number of interviews conducted by Univision and Telemundo. Here are a few examples:

October 2010: Obama on Immigration Reform "I am Not a King"

> "My cabinet has been working very hard on trying to get it done, but ultimately, I think somebody said the other day, I am president, I am not king," Obama told Univision in October 2010, when asked why he had yet to achieve comprehensive immigration reform.

March 2011: Remarks by the President Univision Townhall

> "America is a nation of laws, which means I, as the President, am obligated to enforce the law. I don't have a choice about that. That's part of my job. But I can advocate for changes in

> the law so that we have a country that is both respectful of the law but also continues to be a great nation of immigrants. … With respect to the notion that I can just suspend deportations through executive order, that's just not the case, because there are laws on the books that Congress has passed …. [W]e've got three branches of government. Congress passes the law. The executive branch's job is to enforce and implement those laws. And then the judiciary has to interpret the laws. There are enough laws on the books by Congress that are very clear in terms of how we have to enforce our immigration system that for me to simply through executive order ignore those congressional mandates would not conform with my appropriate role as President."

> "I swore an oath to uphold the laws on the books …. Now, I know some people want me to bypass Congress and change the laws on my own. Believe me, the idea of doing things on my own is very tempting. I promise you. Not just on immigration reform. But that's not how our system works. That's not how our democracy functions. That's not how our Constitution is written."

[January 2013: Pres. Obama Defends Deportation Record: 'I'm Not A King'](#)

> "I'm not a king. My job as the head of the executive branch ultimately is to carry out the law," Obama told Telemundo. "When it comes to enforcement of our immigration laws, we've got some discretion. We can prioritize what we do. But we can't simply ignore the law."

[February 2013: Obama: 'I Am Not a Dictator'](#)

> "I can't do these things just by myself." He reiterated that sentiment in a February 2013 [interview](#) with Telemundo. "I'm not a king," he said.

FactCheck.org, *The New York Times*, and *The Washington Post* [aren't buying Obama's argument and make it clear the President has in fact changed his position.](#)

> This is a flagrant untruth: "In fact, most of the questions that were posed to the president over the past several years were about the very thing that he is expected to announce within a matter of days," reported The New York Times. "[T]he questions actually specifically addressed the sorts of actions that he is contemplating now," The Washington Post's Fact Checker agreed, awarding President Obama the rare "Upside-Down Pinocchio," which signifies "a major-league flip-flop." Even FactCheck.org piled on.

Obama's argument that his "position hasn't changed" and that "when I was talking to the advocates, their interest was in me, through executive action, duplicating the legislation that was stalled in Congress," falls far short of explaining away his statement about a lack of authority. Not to mention, regardless of whether legislation is stalled in Congress, the President still doesn't have the authority to rewrite or issue an executive order mirroring pending legislation.

Yesterday ABC's Jon Karl asked White House Press Secretary Josh Earnest if President Obama still doesn't view himself as the "emperor" of the United States as he refuses to work with Congress on illegal immigration reform. From [MRC:](#)



> "Does the President still stand by what he said last year when he said, 'I am not the emperor of the United States; my job is to execute laws that are passed.' Is that still operative?" asked Jonathan Karl, reporter for ABC, during Tuesday's White House press briefing.
>
> "Absolutely," replied White House Press Secretary Josh Earnest.
>
> "Not a king either?" asked Karl, to audience chuckles.
>
> "That's right," said Earnest flatly.

There are a few explanations for President Obama moving forward to change illegal immigration law despite his own statements and objections from Congress and even liberal attorneys like Jonathan Turley. The first is that the President is an ideologue with nothing to lose politically at this point. Obama isn't up for re-election, he only has two years left and Democrats just lost in huge numbers at every level of government across the country. There's no longer anything to save. Obama is interested in his legacy with the Left, not with the country as a whole. Second, the President is interested in fighting with Republicans, not working with them, and his latest move on illegal immigration proves it. The President is essentially daring Republicans to look at ways to address executive action and is hoping to get impeachment on the table in order to suck up all of the media oxygen and hysteria for the remainder of his term. Further, Obama knows if Republicans choose to address his executive action through the courts, he'll be out of office before the legal fight is over. Obama doesn't have much, if anything to lose and has made it clear he doesn't care much about the constitutionality of what he's about to do, despite claiming his coming action doesn't fall within his constitutional authority over the past six years.

Conn has your [rundown](#) on what Republicans will do after Obama goes through with executive action on Friday.

I'll leave you with this:

> Yikes RT [@mmurraypolitics](#): Tease from our new NBC/WSJ poll: 48% oppose Obama taking executive action on immigration, while 38% support it
>
> — Noah Rothman (@NoahCRothman) [November 19, 2014](#)



# Obama Admits He 'Changed Law' With Executive Order

11.26.2014   |   News (http://www.truthrevolt.org/news)   |   O'Connor (http://www.truthrevolt.org/author/larry-oconnor)



**P**resident Barack Obama was shouted at by hecklers Tuesday during a speech designed to rally support for his executive action granting amnesty for some individuals who entered and/or remained in the country illegally.

Obama turned and responded to the hecklers (who were advocating even *more* amnesty) by saying, "What you're not paying attention to is the fact that I just took an action to change the law."

This is an interesting, and potentially damning, admission against interest for the former law professor.

In his recent interviews defending his Executive Order Obama has insisted that he was merely advising departments responsible for enforcing immigration laws to utilize "prosecutorial discretion" when applying the law under certain

circumstances. But he has insisted (correctly) that only Congress can "change a law."

In fact, over the years President Obama has continually insisted that he can't change the law. Speaker (http://www.speaker.gov/general/22-times-president-obama-said-he-couldn-t-ignore-or-create-his-own-immigration-law#sthash.RroR3chq.dpuf) John Boehner's office offers the detailed account of 22 instances when publicly said so:

1. "I take the Constitution very seriously. The biggest problems that we're facing right now have to do with [the president] trying to bring more and more power into the executive branch and not go through Congress at all. And that's what I intend to reverse when I'm President of the United States of America." (3/31/08)
2. "We've got a government designed by the Founders so that there'd be checks and balances. You don't want a president who's too powerful or a Congress that's too powerful or a court that's too powerful. Everybody's got their own role. Congress's job is to pass legislation. The president can veto it or he can sign it. … I believe in the Constitution and I will obey the Constitution of the United States. We're not going to use signing statements as a way of doing an end-run around Congress." (5/19/08)
3. "Comprehensive reform, that's how we're going to solve this problem. … Anybody who tells you it's going to be easy or that I can wave a magic wand and make it happen hasn't been paying attention to how this town works." (5/5/10)
4. "[T]here are those in the immigrants' rights community who have argued passionately that we should simply provide those who are [here] illegally with legal status, or at least ignore the laws on the books and put an end to deportation until we have better laws. … I believe such an indiscriminate approach would be both unwise and unfair. It would suggest to those thinking about coming here illegally that there will be no repercussions for such a decision. And this could lead to a surge in more illegal immigration. And it would also ignore the millions of people around the world who are waiting in line to come here legally. Ultimately, our nation, like all nations, has the right and obligation to control its borders and set laws for residency and citizenship. And no matter how decent they are, no matter their reasons, the 11 million who broke these laws should be held accountable." (7/1/10)
5. "I do have an obligation to make sure that I am following some of the rules. I can't simply ignore laws that are out there. I've got to work to make sure that they are changed." (10/14/10)
6. "I am president, I am not king. I can't do these things just by myself. We have a system of government that requires the Congress to work with the Executive Branch to make it happen. I'm committed to making it happen, but I've got to have some partners to do it. … The main thing we have to do to stop deportations is to change the laws. … [T]he most important thing that we can

do is to change the law because the way the system works – again, I just want to repeat, I'm president, I'm not king. If Congress has laws on the books that says that people who are here who are not documented have to be deported, then I can exercise some flexibility in terms of where we deploy our resources, to focus on people who are really causing problems as a opposed to families who are just trying to work and support themselves. But there's a limit to the discretion that I can show because I am obliged to execute the law. That's what the Executive Branch means. I can't just make the laws up by myself. So the most important thing that we can do is focus on changing the underlying laws." (10/25/10)

7. "America is a nation of laws, which means I, as the President, am obligated to enforce the law. I don't have a choice about that. That's part of my job. But I can advocate for changes in the law so that we have a country that is both respectful of the law but also continues to be a great nation of immigrants. … With respect to the notion that I can just suspend deportations through executive order, that's just not the case, because there are laws on the books that Congress has passed …. [W]e've got three branches of government. Congress passes the law. The executive branch's job is to enforce and implement those laws. And then the judiciary has to interpret the laws. There are enough laws on the books by Congress that are very clear in terms of how we have to enforce our immigration system that for me to simply through executive order ignore those congressional mandates would not conform with my appropriate role as President." (3/28/11)

8. "I can't solve this problem by myself. … [W]e're going to have to have bipartisan support in order to make it happen. … I can't do it by myself. We're going to have to change the laws in Congress, but I'm confident we can make it happen." (4/20/11)

9. "I know some here wish that I could just bypass Congress and change the law myself. But that's not how democracy works. See, democracy is hard. But it's right. Changing our laws means doing the hard work of changing minds and changing votes, one by one." (4/29/11)

10. "Sometimes when I talk to immigration advocates, they wish I could just bypass Congress and change the law myself. But that's not how a democracy works. What we really need to do is to keep up the fight to pass genuine, comprehensive reform. That is the ultimate solution to this problem. That's what I'm committed to doing." (5/10/11)

11. "I swore an oath to uphold the laws on the books …. Now, I know some people want me to bypass Congress and change the laws on my own. Believe me, the idea of doing things on my own is very tempting. I promise you. Not just on immigration reform. But that's not how our system works. That's not how our democracy functions. That's not how our Constitution is written." (7/25/11)

12. "So what we've tried to do is within the constraints of the laws on the books, we've tried to be as fair, humane, just as we can, recognizing, though, that the laws themselves need to be changed. … The most important thing for your

viewers and listeners and readers to understand is that in order to change our laws, we've got to get it through the House of Representatives, which is currently controlled by Republicans, and we've got to get 60 votes in the Senate. … Administratively, we can't ignore the law. … I just have to continue to say this notion that somehow I can just change the laws unilaterally is just not true. We are doing everything we can administratively. But the fact of the matter is there are laws on the books that I have to enforce. And I think there's been a great disservice done to the cause of getting the DREAM Act passed and getting comprehensive immigration passed by perpetrating the notion that somehow, by myself, I can go and do these things. It's just not true. … We live in a democracy. You have to pass bills through the legislature, and then I can sign it. And if all the attention is focused away from the legislative process, then that is going to lead to a constant dead-end. We have to recognize how the system works, and then apply pressure to those places where votes can be gotten and, ultimately, we can get this thing solved." (9/28/11)

13. In June 2012, President Obama unilaterally granted deferred action for childhood arrivals (DACA), allowing "eligible individuals who do not present a risk to national security or public safety … to request temporary relief from deportation proceedings and apply for work authorization." He then argued that he had already done everything he could legally do on his own: "Now, what I've always said is, as the head of the executive branch, there's a limit to what I can do. Part of the reason that deportations went up was Congress put a whole lot of money into it, and when you have a lot of resources and a lot more agents involved, then there are going to be higher numbers. What we've said is, let's make sure that you're not misdirecting those resources. But we're still going to, ultimately, have to change the laws in order to avoid some of the heartbreaking stories that you see coming up occasionally. And that's why this continues to be a top priority of mine. … And we will continue to make sure that how we enforce is done as fairly and justly as possible. But until we have a law in place that provides a pathway for legalization and/or citizenship for the folks in question, we're going to continue to be bound by the law. … And so part of the challenge as President is constantly saying, 'what authorities do I have?'" (9/20/12)

14. "We are a nation of immigrants. … But we're also a nation of laws. So what I've said is, we need to fix a broken immigration system. And I've done everything that I can on my own[.]" (10/16/12)

15. "I'm not a king. I am the head of the executive branch of government. I'm required to follow the law. And that's what we've done. But what I've also said is, let's make sure that we're applying the law in a way that takes into account people's humanity. That's the reason that we moved forward on deferred action. Within the confines of the law we said, we have some discretion in terms of how we apply this law." (1/30/13)

16. "I'm not a king. You know, my job as the head of the executive branch

ultimately is to carry out the law. And, you know, when it comes to enforcement of our immigration laws, we've got some discretion. We can prioritize what we do. But we can't simply ignore the law. When it comes to the dreamers, we were able to identify that group and say, 'These folks are generally not a risk. They're not involved in crime. … And so let's prioritize our enforcement resources.' But to sort through all the possible cases of everybody who might have a sympathetic story to tell is very difficult to do. This is why we need comprehensive immigration reform. To make sure that once and for all, in a way that is, you know, ratified by Congress, we can say that there is a pathway to citizenship for people who are staying out of trouble, who are trying to do the right thing, who've put down roots here. … My job is to carry out the law. And so Congress gives us a whole bunch of resources. They give us an order that we've got to go out there and enforce the laws that are on the books. … If this was an issue that I could do unilaterally I would have done it a long time ago. … The way our system works is Congress has to pass legislation. I then get an opportunity to sign it and implement it." (1/30/13)

17. "This is something I've struggled with throughout my presidency. The problem is that I'm the president of the United States, I'm not the emperor of the United States. My job is to execute laws that are passed. And Congress right now has not changed what I consider to be a broken immigration system. And what that means is that we have certain obligations to enforce the laws that are in place even if we think that in many cases the results may be tragic. ... [W]e've kind of stretched our administrative flexibility as much as we can[.]" (2/14/13)

18. "I think that it is very important for us to recognize that the way to solve this problem has to be legislative. I can do some things and have done some things that make a difference in the lives of people by determining how our enforcement should focus. … And we've been able to provide help through deferred action for young people …. But this is a problem that needs to be fixed legislatively." (7/16/13)

19. "My job in the executive branch is supposed to be to carry out the laws that are passed. Congress has said 'here is the law' when it comes to those who are undocumented, and they've allocated a whole bunch of money for enforcement. And, what I have been able to do is to make a legal argument that I think is absolutely right, which is that given the resources that we have, we can't do everything that Congress has asked us to do. What we can do is then carve out the DREAM Act folks, saying young people who have basically grown up here are Americans that we should welcome. … But if we start broadening that, then essentially I would be ignoring the law in a way that I think would be very difficult to defend legally. So that's not an option. … What I've said is there is a there's a path to get this done, and that's through Congress." (9/17/13)

20. "[I]f, in fact, I could solve all these problems without passing laws in Congress, then I would do so. But we're also a nation of laws. That's part of our tradition. And so the easy way out is to try to yell and pretend like I can do something by violating our laws. And what I'm proposing is the harder path, which is to use

our democratic processes to achieve the same goal that you want to achieve. … It is not simply a matter of us just saying we're going to violate the law. That's not our tradition. The great thing about this country is we have this wonderful process of democracy, and sometimes it is messy, and sometimes it is hard, but ultimately, justice and truth win out." (11/25/13)

21. "I am the Champion-in-Chief of comprehensive immigration reform. But what I've said in the past remains true, which is until Congress passes a new law, then I am constrained in terms of what I am able to do. What I've done is to use my prosecutorial discretion, because you can't enforce the laws across the board for 11 or 12 million people, there aren't the resources there. What we've said is focus on folks who are engaged in criminal activity, focus on people who are engaged in gang activity. Do not focus on young people, who we're calling DREAMers …. That already stretched my administrative capacity very far. But I was confident that that was the right thing to do. But at a certain point the reason that these deportations are taking place is, Congress said, 'you have to enforce these laws.' They fund the hiring of officials at the department that's charged with enforcing. And I cannot ignore those laws any more than I could ignore, you know, any of the other laws that are on the books. That's why it's so important for us to get comprehensive immigration reform done this year." (3/6/14)

22. "I think that I never have a green light [to push the limits of executive power]. I'm bound by the Constitution; I'm bound by separation of powers. There are some things we can't do. Congress has the power of the purse, for example. … Congress has to pass a budget and authorize spending. So I don't have a green light. … My preference in all these instances is to work with Congress, because not only can Congress do more, but it's going to be longer-lasting." (8/6/14)

---

**Issues**  Illegal Immigration (http://www.truthrevolt.org/issues/illegal-immigration)
Immigration (http://www.truthrevolt.org/issues/immigration)

**People**  Barack Obama (http://www.truthrevolt.org/people/barack-obama)



Published on *The Weekly Standard* (http://www.weeklystandard.com)

# Obama Admits: 'I Just Took an Action to Change the Law'

## Calls it a "fact."

Daniel Halper

November 25, 2014 7:42 PM

The White House has argued that President Obama's executive amnesty order last week was made well within the existing law. But in remarks in Chicago tonight, President Obama went off script and admitted that in fact he unilaterally made changes to the law.

President Obama made the admission after getting heckled for several minutes by immigration protesters.

Watch here:



"All right, OK. OK. I understand," Obama told the protesters after letting them go on for some time. "Listen. Hold on, hold on, hold on. Young lady, young lady, don't just -- don't just start -- don't just start yelling, young ladies. Sir, why don't you sit down, too?

"Listen, you know -- here. Can I just say this, all right? I've listened to you. I heard you. I heard you. I heard you. All

right? Now I have been respectful, I let you holler. All right? So let me just -- nobody is removing you. I have heard you, but you have got to listen to me, too. All right? And I understand you may disagree,  I understand you may disagree. But we have got to be able to talk honestly about these issues, all right?

"Now, you're absolutely right that there have been significant numbers of deportations. That's true. **But what you are not paying attention to is the fact that I just took an action to change the law**."

The United States Constitution says the legislative power is held by Congress, not by the president.

---

[Subscribe now to The Weekly Standard!](#)

**Get more from The Weekly Standard:** [Follow WeeklyStandard.com on RSS](#) and [sign-up for our free Newsletter.](#)

Copyright 2014 Weekly Standard LLC.

---

**Source URL:** [http://www.weeklystandard.com/blogs/obama-admits-i-just-took-action-change-law_820167.html](#)