# Exhibit L

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mr. JOE ARPAIO, Elected SHERIFF of<br>Maricopa County, State of Arizona<br><br>                  Plaintiff,<br><br>   v.<br><br>Mr. BARACK HUSSEIN OBAMA, acting<br>as President of the United States of America<br><br>            and<br><br>Mr. JEH CHARLES JOHNSON, acting as Secretary<br>of the U.S. Department of Homeland Security<br><br>            and<br><br>Mr. LEON RODRIQUEZ, acting as Director<br>of the U.S. Citizenship and Immigration Services<br><br>                  Defendants. | Case 1:14-cv-01966 |

### DECLARATION OF JONATHON MOSELEY, FREEDOM WATCH, IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION AUTHENTICATION OF DEFENDANTS' DOCUMENTS

Pursuant to 28 U.S.C. §1746, I, Jonathon Moseley, hereby declare under penalty of perjury that the following is true and correct:

1) I am over the age of 18 years old and mentally and legally competent to make this affidavit sworn under oath.

2) On November 20, 2014, starting at 8 PM Eastern Standard Time, I watched over the television news networks as President Barack Obama announced his new "Executive Action" program of granting deferred action status (essentially amnesty to a limited extent) to illegal aliens in the United States.

3) Simultaneously with President Obama's speech, the U.S. Department of Homeland Security (DHS) posted an announcement page to correspond with the President's speech on the Department of Homeland Security's public internet website.  This page was and is aimed at the general public, news media, and others, and publicly viewable without restriction.

4) The announcement page is  http://www.dhs.gov/immigration-action  titled "Fixing Our Broken Immigration System Through Executive Action - Key Facts"

5) At that DHS announcement page, DHS has posted publicly, for public viewing without restriction, links for the general public to download and view the key documents relating to the Defendants' new "Executive Action" programs on immigration.

6) From the Department of Homeland Security website, I downloaded the documents which are attached to the Plaintiff's Motion for Preliminary Injunction as Exhibit A and Exhibits C through F.

7) Also on November 20, 2014, the U.S. Department of Justice, Office of Legal Counsel, posted the legal memorandum, publicly and without restriction for public viewing, a copy of which is attached as Exhibit B.  I downloaded from the U.S. Department of Justice website the document that is attached as Exhibit B to this Motion for Preliminary Injunction.

8) On December 2, 2014, the same Office of Legal Counsel (OLC) legal memorandum was introduced into the record as evidence in a hearing in the Judiciary Committee of the U.S. House of Representatives by Ranking Member Congressman John Conyers. *See* "Executive Action on Immigration," House Judiciary Committee, C-SPAN, December 2, 2014, http://www.c-span.org/video/?323021-1/house-judiciary-committee-hearing-

executive-action-immigration

9) The OLC memorandum attached as Exhibit B was made available to the public intentionally and knowingly, as presented on the DoJ's website, as legal justification in support of the Defendants' "Executive Action" programs to grant deferred action status (amnesty) to millions of illegal aliens in the country.

I hereby swear under oath and penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief:

_____
Jonathon Moseley, Esq.

Dated: December 4, 2014

> Freedom Watch, Inc.
> 2020 Pennsylvania Ave. NW, Suite 345
> Washington, DC 20006
> Tel: (310) 595-0800
>
> 204 South Main Avenue #3
> Lake Placid, Florida 33852
> Cell:   (703) 656-1230
> Fax:  (703) 783-0449
> Contact@JonMoseley.com