UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH M. ARPAIO, *Sheriff, Maricopa County, Arizona*,<br><br>Plaintiff,<br><br>v.<br><br>BARACK OBAMA, *in his individual and professional capacity as President, United States of America, et al.*,<br><br>Defendants. | Civil Action No. 14-1966 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER CONTROLLING PRELIMINARY INJUNCTION PROCEEDINGS

In light of the plaintiff's Motion for Preliminary Injunction, ECF No. 6, and to facilitate the expeditious briefing and resolution of the plaintiff's motion, it is hereby

**ORDERED** that, the plaintiff shall, by 5:00 p.m. on December 9, 2014: (1) submit proof of service of the Complaint and Motion for Preliminary Injunction on the defendants; (2) confer with opposing counsel regarding a mutually agreeable schedule; and (3) submit a joint proposed schedule to govern the preliminary injunction proceedings.

**SO ORDERED.**

DATE:  December 4, 2014

BERYL A. HOWELL
United States District Judge