IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH ARPAIO,

                Plaintiff,

v.

BARACK OBAMA, ET AL.

                Defendants.

Case 1:14-cv-01966

## PRAECIPE

Pursuant to the Court's Order of December 4, 2014, Plaintiff's counsel immediately sought to have Defendants served with the Complaint and Motion for Preliminary Injunction through their Department of Justice counsel.  The Summonses and Complaint were both previously served on Defendants by U.S. Postal Service Certified Mail[1] on November 25, 2014, however, Plaintiffs are awaiting return receipts of the Certified Mail mailings.

Plaintiff emailed the Complaint, Motion for Preliminary Injunction, and the Court's Order of December 4, 2014 to the DOJ attorneys now assigned to this lawsuit and then followed up with a voicemail to each of them. Plaintiff sought to have Defendants' counsel accept service of process through email, and requested a time to confer about a proposed schedule to govern the preliminary injunction proceedings. Defendants' counsel has accepted service of the Motion for Preliminary Injunction yet refused to accept service of the Complaint. It is inexplicable not to

---

[1] Service of the Summons and Complaint via Certified Mail is proper to officers and agencies of the United States pursuant to Federal Rules of Civil Procedure 4(i).

accept service of process if their intent was to follow the letter and intent of the Court's order of December 4, 2014, especially given the fact that the Summonses and Complaint have already been served via Certified Mail.  Further, Defendants did not respond with a date to confer regarding the proposed scheduling of the preliminary injunction proceedings. Attached as Exhibit 1 is all the correspondence which follow the Court's order of December 4, 2014.

Dated: December 5, 2014

                                            Respectfully submitted,

                                             /s/ *Larry Klayman*
                                            Larry Klayman, Esq.
                                            D.C. Bar No. 334581
                                            Klayman Law Firm
                                            2020 Pennsylvania Ave. NW, Suite 345
                                            Washington, DC 20006
                                            Tel: (310) 595-0800