# Exhibit 1



# FREEDOM WATCH
▶ www.FreedomWatchUSA.org

World Headquarters 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811   ▶ (310) 595-0800   ▶ leklayman@gmail.com

Via E-Mail

December 4, 2014

James Gilligan, Esq.
Marcia Berman, Esq.
Elizabeth Shapiro, Esq.
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re: *Arpaio v. Obama* (No. 14-1966)(D.D.C.)

Mr. Gilligan / Ms. Berman / Ms. Shapiro:

Plaintiff has previously served the Summonses and Complaint in the above styled lawsuit by certified mail but has yet to receive the return receipts. The Court has ordered that Plaintiff show proof of service of the Complaint and Motion for Preliminary Injunction by December 9, 2014, at 5:00 p.m. EST.

Will you accept service of the attached Complaint and Motion for Preliminary Injunction and confirm this by return email? We are also sending, by Federal Express Priority Overnight, a hard copy of the same to Mr. Gilligan.

Thank you for your cooperation.

Sincerely,

Larry Klayman

Enclosures:   Complaint

Motion for Preliminary Injunction



# FREEDOM WATCH
► www.FreedomWatchUSA.org

World Headquarters 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811 ► (310) 595-0800 ► leklayman@gmail.com

Via E-Mail

December 4, 2014

James Gilligan, Esq.
Marcia Berman, Esq.
Elizabeth Shapiro, Esq.
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re: *Arpaio v. Obama* (No. 14-1966)(D.D.C.)

Mr. Gilligan / Ms. Berman / Ms. Shapiro:

Attached to this email is Judge Howell's order that I referenced in my prior correspondence.

Sincerely,

Larry Klayman

Enclosures:    Order of December 4, 2014



## Arpaio v. Obama (No. 14-cv-1966)(D.D.C.)

**Gilligan, Jim (CIV)** <James.Gilligan@usdoj.gov>      Fri, Dec 5, 2014 at 11:41 AM
"Shapiro, Elizabeth (CIV)" <Elizabeth.Shapiro@usdoj.gov>,
"Berman, Marcia (CIV)" <Marcia.Berman@usdoj.gov>
Cc: Larry Klayman <leklayman@gmail.com>

Mr. Klayman,

Neither I, nor Ms. Shapiro, nor Ms. Berman has been assigned responsibility for handling this case. Nor are we authorized to accept service on behalf of the defendants. Please direct your request to accept service to the attorneys assigned to this matter, Adam Kirschner and Bradley Cohen. You can contact them by e-mail at adam.kirschner@usdoj.gov and bradley.cohen@usdoj.gov. They will see to it that your request is handled appropriately.

James J. Gilligan

Special Litigation Counsel

Civil Division, Federal Programs Branch

U.S. Department of Justice

P.O. Box 883

Washington, D.C. 20044

Tel: 202-514-3358

**Sent:** Thursday, December 04, 2014 6:30 PM
**To:** Gilligan, Jim (CIV); Shapiro, Elizabeth (CIV); Berman, Marcia (CIV)
**Cc:** Larry Klayman
**Subject:** Arpaio v. Obama (No. 14-cv-1966)(D.D.C.)

[Quoted text hidden]



# FREEDOM WATCH
► www.FreedomWatchUSA.org

**World Headquarters** 2020 Pennsylvania Avenue, N.W., Suite 345, Washington, DC 20006-1811 ► (310) 595-0800 ► leklayman@gmail.com

Via E-Mail

December 5, 2014

Adam Kirschner, Esq.
Bradley Cohen, Esq.
Civil Division, Federal Programs Branch
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Re: <u>*Arpaio v. Obama* (No. 14-1966)(D.D.C.)</u>

Mr. Kirschner / Mr. Cohen:

We were informed by Mr. James Gilligan that you are assigned to handle the above styled lawsuit. Plaintiff has previously served the Summonses and Complaint by certified mail but has yet to receive the return receipts. The Court has ordered that Plaintiff show proof of service of the Complaint and Motion for Preliminary Injunction by December 9, 2014, at 5:00 p.m. EST and to confer and submit a proposed schedule to govern the preliminary injunction proceedings by that time. We have attached a copy of the Court's Order of December 4, 2014.

Will you accept service of the attached Complaint and Motion for Preliminary Injunction and confirm this by return email? We have also sent, by Federal Express Priority Overnight, a hard copy of the same to Mr. James Gilligan and you may obtain the hard copies from his office. The Court would obviously like you to facilitate service of process so that the parties may cooperate on the preliminary injunction proceedings expeditiously as reflected in her enclosed Order.

Please also let us know of your availability to confer on Monday, December 8. We will be available any time in the afternoon.

Thank you for your cooperation.

Sincerely,

Larry Klayman

Enclosures:   Complaint
              Motion for Preliminary Injunction
              Court's Order of December 4, 2014



## Arpaio v. Obama (No. 14-cv-1966)(D.D.C.)

**Kirschner, Adam (CIV)** <Adam.Kirschner@usdoj.gov>  Fri, Dec 5, 2014 at 1:38 PM
"Cohen, Bradley (CIV)" <Bradley.Cohen@usdoj.gov>
Cc: Larry Klayman <leklayman@gmail.com>

Hello,

I received your voicemail. And I accept the service of the motion papers via email. I cannot accept service of the complaint. Please let me know if you have any questions.

Thank you,

Adam Kirschner


**Sent:** Friday, December 05, 2014 3:36 PM
**To:** Kirschner, Adam (CIV); Cohen, Bradley (CIV)
**Cc:** Larry Klayman
**Subject:** Arpaio v. Obama (No. 14-cv-1966)(D.D.C.)

[Quoted text hidden]