**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH ARPAIO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 14-cv-1966 (BAH) |
| | ) | |
| BARACK OBAMA, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Adam D. Kirschner,

Trial Attorney, Federal Programs Branch, Civil Division, United States Department of

Justice, as counsel for Defendants in this matter.  Mr. Kirschner's contact information is

included below.


**Address for U.S. Mail Address**

Adam Kirschner
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W.,
Room 7126
Washington, D.C. 20530


Tel: (202) 353-9265
Fax: (202) 616-8470
E-Mail: Adam.Kirschner@usdoj.gov

**Address for Overnight Mail and Hand Delivery**

Adam Kirschner
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W.,
Room 7126
Washington, D.C. 20001

Dated: December 6, 2014

Respectfully submitted,

JOYCE R. BRANDA
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director


 */s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
BRADLEY H. COHEN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*