EXHIBIT 22

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington, DC 20529



U.S. Citizenship and Immigration Services

## Current Statistics: Deferred Action for Childhood Arrivals: Pending, Receipts, Rejected, Approvals, and Denials

**U.S. Citizenship & Immigration Services**
**Deferred Action for Childhood Arrivals**
**Pending, Receipts, Rejected, Approvals, and Denials from August 15, 2012 – December 5, 2014**

| Type of Filing | Pending | Receipts | Rejected | Approvals | Denials |
|---|---|---|---|---|---|
| Initials | 52,421 | 719,746 | 42,632 | 630,032 | 36,860 |
| Renewals | 89,912 | 199,830 | 10,598 | 110,182 | 32 |
| **Grand Total** | **142,333** | **919,576** | **53,230** | **740,214** | **36,892** |

Please note:
1) The report reflects the most up-to-date data available at the time the report is generated.
2) The duplicates and rejected cases have been removed.
3) 137 cases were received but closed for reasons other than denial.

Database Queried December 8, 2014
Report Created: December 10, 2014
System: CIS Consolidated Operational Repository (CISCOR)
By: Office of Performance and Quality (OPQ), Performance Analysis & External Reporting (PAER), DL

Parameter
  Date: Pending, Receipts, Rejections, Approvals and Denials from 08/01/2012 to 12/05/2014
  Form Type(s): I-821D
  Data Type: Pending, Receipts, Rejections, Approvals and Denials

www.uscis.gov