UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ARPAIO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARACK OBAMA, ET AL. )<br>)<br>Defendants. )<br>_____) | Civ. Action No. 14-cv-1966 (BAH) |

**[PROPOSED] ORDER**

This matter having come before the Court on Plaintiff's Motion for Preliminary Injunction [ECF No. 6], and the Court having considered that motion and Defendants' response thereto [ECF No. 13], it is hereby

ORDERED that the motion is DENIED.

It is further ORDERED that Plaintiff's Complaint [ECF No. 1] is DISMISSED with prejudice.

Date: _____        _____
                                     BERYL A. HOWELL
                                     United States District Judge