## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ARPAIO,<br><br>                Plaintiff,<br><br>   v.<br><br>BARACK OBAMA, ET AL.<br><br>                Defendants. | Case 1:14-cv-01966 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff hereby gives notice of the filing of the recent decision in the case of *United States v. Escobar*, No. 2:14-cr-00180-AJS (E.D. Pa. Dec. 16, 2014) which is hereby attached as Exhibit 1. In this decision, the U.S. District Court for the Eastern District of Pennsylvania held that President Obama's Executive Action on Immigration is unconstitutional.  *Id.* at pp. 8-22.

Dated: December 16, 2014

                                            Respectfully submitted,

                                              /s/ *Larry Klayman*
                                            Larry Klayman, Esq.
                                            D.C. Bar No. 334581
                                            2020 Pennsylvania Ave. NW, Suite 345
                                            Washington, DC 20006
                                            Tel: (310) 595-0800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2014 a true and correct copy of the foregoing Notice of Supplemental Authority (Civil Action Nos. 14-cv-1966) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

ADAM D. KIRSCHNER
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov
*Attorney for Defendants*

        Respectfully submitted,

         /s/ *Larry Klayman*
        Larry Klayman, Esq.
        D.C. Bar No. 334581
        2020 Pennsylvania Ave. NW, Suite 345
        Washington, DC 20006
        Tel: (310) 595-0800