**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH ARPAIO | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. Action No. 14-cv-1966 (BAH) |
| | ) |
| BARACK OBAMA, ET AL. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE**

In accordance with the Court's December 16, 2014 Order, Defendants have no objection to the Court construing Defendants' opposition to Plaintiff's preliminary injunction motion as a motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1).

Defendants' time to respond to the Complaint has not yet run, and in light of that and the expedited time frame for responding to Plaintiff's motion for a preliminary injunction, Defendants did not file a separate motion to dismiss the Complaint when they filed their opposition to the preliminary injunction motion.  Defendants did note in their opposition to the preliminary injunction motion that the Supreme Court has recognized that it is appropriate to "terminate the litigation" at the preliminary injunction stage if the "Government is entitled to judgment as a matter of law."  *Munaf v. Geren*, 553 U.S. 674, 692 (2008); *see also Ark. Dairy Coop Ass'n v. U.S. Dep't of Agric.*, 573 F.2d 815, 832-33 (D.C. Cir. 2009) (remanding for dismissal of certain claims in consideration of whether a preliminary injunction should be granted).

For the reasons explained in the opposition to Plaintiffs' preliminary injunction motion, this case should be dismissed under Rule 12(b)(1) for lack of jurisdiction.  Should the Court not

dismiss this case in the course of resolving the preliminary injunction motion, Defendants would

respond in due course to Plaintiff's Complaint, which would likely involve timely filing a motion

to dismiss under one or more of the bases set forth in Rule 12.


Dated: December 16, 2014                    Respectfully submitted,

                                            JOYCE R. BRANDA
                                            Assistant Attorney General

                                            KATHLEEN R. HARTNETT
                                            Deputy Assistant Attorney General

                                            DIANE KELLEHER
                                            Assistant Branch Director

                                             /s/ Adam D. Kirschner
                                            ADAM D. KIRSCHNER
                                            HECTOR G. BLADUELL
                                            BRADLEY H. COHEN
                                            KYLE R. FREENY
                                            JULIE S. SALTMAN
                                            Trial Attorneys
                                            Civil Division, Federal Programs Branch
                                            U.S. Department of Justice
                                            P.O. Box 883
                                            Washington, D.C.  20044
                                            Tel.: (202) 353-9265
                                            Fax: (202) 616-8470
                                            Adam.Kirschner@usdoj.gov

                                            *Attorneys for Defendants*