# Exhibit 1

**Donald Marchand  - SHERIFFX**

| | |
|---|---|
| From: | Casey Price - SHERIFFX |
| Sent: | Wednesday, December 17, 2014 2:04 PM |
| To: | Mike Olson - SHERIFFX; Donald Marchand  - SHERIFFX; Brandon Jones - SHERIFFX |
| Cc: | Joseph LeGer - SHERIFFX; William Sciury - SHERIFFX |
| Subject: | Price Tag |

The total number of Inmate's booked into MCSO custody with INS Detainers since February 01, 2014 until December 17, 2014 is **3,816**.
The booking and first day cost to book a person into jail is $266.41.
The total cost of booking, including the first day in jail is (3816 X $266.41) = **$1,016,620.56**

The average stay in jail is 27.5 days. The daily housing cost is $81.85.  We have already accounted for the first day in jail with the booking cost.

3,816 total inmates to stay in jail for 26.5 days is **$8,276,999.40.**

The total cost for 3,816 inmates to be booked into jail and stay for 27.5 days is **$9,293,619.96**.

| Month | Detainers |
|---|---|
| Feb | 370 |
| March | 394 |
| April | 388 |
| May | 401 |
| June | 390 |
| July | 393 |
| Aug | 379 |
| Sep | 318 |
| Oct | 307 |
| Nov | 302 |
| 17-Dec | 174 |
| Total | 3816 |

| | |
|---|---|
| $266.41 | Booking Cost |
| 3816 | Total Inmates with Detainers |
| $1,016,620.56 | Total Cost of Booking |
| 26.5 | Avarage Stay in Jail (Days) |
| 3816 | Total Inmates with Detainers |
| $81.85 | Daily Housing Cost |
| $8,276,999.40 | Total Cost of Inmates stay in Jail based on average stay |
| $9,293,619.96 | Total cost for inmate to be booked and with avarage stay |

Sergeant Casey Price A8356
Administrative Sergeant
Central Intake Division
602.876.8011

The information contained in this e-mail and any files transmitted with it are confidential and/or privileged, and are intended solely for the use of the recipients listed above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the transmitted information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender and delete and destroy all copies and attachments.