# Exhibit 2

iOS app (http://itunes.apple.com/us/app/the-huffington-post/id306621789?mt=8)    Deportees   Create Account
Android app (https://play.google.com/store/apps/details?id=com.huffingtonpost.android&hl=en)    More (/big-news/#latino-voices)

December 17, 2014

(http://www.huffingtonpost.com/latino-voices)

Edition: U.S.    Like  22k    Follow    Newsletters    Huffington Post Search

**FRONT PAGE** (HTTP://WWW.HUFFINGTONPOST.COM)    **POLITICS** (HTTP://WWW.HUFFINGTONPOST.COM/POLITICS/)    **BUSINESS** (HTTP://WWW.HUFFINGTONPOST.COM/BUSINESS/)    **ENTERTAI**

- Latino Voices (http://www.huffingtonpost.com/latino-voices/) • Hispanic Heritage (http://www.huffingtonpost.com/news/hispanic-heritage/)
- Immigrants (http://www.huffingtonpost.com/news/immigrants/) • Latino Entertainment (http://www.huffingtonpost.com/news/latino-entertainment)
- Latino Politics (http://www.huffingtonpost.com/news/latino-politics/) • Prosperity (http://www.huffingtonpost.com/news/latino-prosperity/)
- Latino Life (http://www.huffingtonpost.com/news/lv-life/) • Hispanic Heritage Month (http://www.huffingtonpost.com/news/hispanic-heritage-month/)

Voces (en español) (http://voces.huffingtonpost.com)

Raul Castro Welcomes Renewal Of Relations With U.S. (http://www.huffingtonpost.com/2014/12/17/raul-castro-speech_n_6341802.html)

Damning Report Claims Mexican Federal Police Participated In Disappearance Of 43 Students (http://www.huffingtonpost.com/2014/12/14/missing-students-mexico_n_6321866.html)

Undocumented Immigrants Flock To Get Driver's Licenses Under New California Law (http://www.huffingtonpost.com/2014/12/15/california-undocumented-immigrant-drivers-license_n_6330608.html)

# Sheriff Joe Arpaio Threatened By Inmate Samuel Matta For Deporting Family

Reuters

Posted: 07/11/2012 11:02 pm EDT   |   Updated: 09/10/2012 5:12 am EDT



55 Like

32

 (http://www.reuters.com/)

By David Schwartz

PHOENIX, July 11 (Reuters) - An inmate has been indicted for allegedly plotting to kill a hard-line Arizona sheriff to hold him "personally accountable" for deporting his family members to Mexico, sheriff's officials said on Wednesday.

Samuel Matta, 29, was served with the indictment in prison on Wednesday stemming from an alleged scheme to assassinate Maricopa County Sheriff Joe Arpaio with a high-powered rifle, said Sergeant Brandon Jones, a sheriff's spokesman.

Matta, who authorities say is a documented gang member, planned to act on the plot once he was released from prison, Jones said.

Arpaio, who styles himself as "America's toughest sheriff," is one of the leading proponents of the Mexico border state's crackdown on illegal immigrants passed in 2010, but partially blocked by the courts.

---

## SUGGESTED FOR YOU

2. McDonald's To Remove 8 Items From Its Menu. Wean Yourselves Now, America.



3 hours ago huffingtonpost.com
huffingtonpost.com
HuffingtonPost.com (AOL) Carly Ledbetter Carly Ledbetter mcdonald's profits

1. 'Get outta here!' Her Ambush Makeover leaves everyone speechless



6 days ago today.com (sponsored)
Kyle Michael Miller Kyle Michael Miller kate middleton baby bump

3. If Announcing A Divorce Was As Exciting As Announcing A Pregnancy



5 days ago huffingtonpost.com
huffingtonpost.com AOL Forex Leigh Weingus Leigh Weingus pregnancy announcement

4. The Most Powerful Way To Respond To Negative People



In May, the U.S. Justice Department filed suit against Arpaio accusing him of civil rights violations and saying he and his office intentionally engaged in racial profiling and unlawful arrest of Latinos in violation of their constitutional rights.

The tactics used by the sheriff, who has denied any abuses and has vowed to fight the suit, will come under scrutiny beginning July 19 when another racial profiling lawsuit is heard in U.S. District Court in Phoenix.

Sheriff's investigators said they were tipped to the assassination plot by a jail inmate and learned that Matta was angry that his family had been deported to Mexico from their home in El Mirage, Arizona, west of Phoenix.

The investigation into the alleged plot also revealed plans by Matta and two other inmates to kill another prisoner. Sheriff's detectives said the three men were caught on tape plotting to kill the inmate because he was rival gang member.

Late in June, the U.S. Supreme Court upheld a key part of Arizona's crackdown on illegal immigrants, requiring police to check the immigration status of people they stop.

It threw out three other provisions that had been challenged by the federal government. (Editing by Tim Gaynor)

MORE:  Inmate Threatens Arpaio, Maricopa County Sheriff Joe Arpaio, Reuters, Arizona Politics, Arizona Politics, Samuel Matta, Arizona, Inmate Threatens Sheriff

Suggest a correction

## You May Like



- 1. Why Is The Dominican Republic Denying Its Black Ancestry? 6 months ago live.huffingtonpost.com HuffingtonPost.com (AOL) dominican republican

**Around the Web**

MCSO: Gangster Was Planning to "Publicly Assassinate" Joe Arpaio, but Didn't ... (http://blogs.phoenixnewtimes.com/valleyfever/2012/07/mcso_gangster_was_planning_to.php)

Arpaio won't contest judge in racial-profiling case (http://www.azcentral.com/news/articles/2012/06/28/20120628arpaio-racial-profiling-judge.html)

Joe Arpaio Denied Birther Donations, Randy Parraz Blasts Andy Kunasek (http://blogs.phoenixnewtimes.com/bastard/2012/06/joe_arpaio_denied_birther_dona.php)

Chase suspect identified; accused of Arpaio death threat during recent arrest (http://www.azfamily.com/news/Chase-suspect-identified-Chase-suspect-identified-accused-of-Arpaio-death-threat-during-recent-arrest-159381475.html)

Mesa man arrested for threatening to kill Sheriff Arpaio (http://www.examiner.com/article/mesa-man-arrested-for-threatening-to-kill-sheriff-arpaio)

Several thousand protest Arpaio's Tent City (http://www.wdtimes.com/news/national/image_bbafe006-7d57-5dbb-a3f1-b72da23b5c7b.html)

---



a day ago  huffingtonpost.com huffingtonpost.com HuffingtonPost.com (AOL) OWN OWN steve harvey

- 5. The 13 Most Horrifying Fast Food Menu Items Of 2014



5 days ago  huffingtonpost.com huffingtonpost.com AOL Forex Kate Bratskeir Kate Bratskeir dunkin donuts

- 6. 30 Perfectly Imperfect Holiday Card Outtakes



6 days ago  huffingtonpost.com huffingtonpost.com HuffingtonPost.com (AOL) Jessica Samakow Jessica Samakow funny holiday photos

- 7. These Are The Best Gifts Teachers Have Ever Received From Students

2 days ago  huffingtonpost.com huffingtonpost.com HuffingtonPost.com (AOL) Rebecca Klein Rebecca Klein Most Popular on HuffPost

- 8. The Top 10 Reasons People Stay In Unhappy Marriages



2 days ago  huffingtonpost.com huffingtonpost.com AOL Forex Brittany Wong Brittany Wong reasons people stay married

### FOLLOW HUFFPOST

Email Address  |  Sign me up!

☑ The Morning Email    ☑ Latino Voices

Get top stories and blog posts emailed to me each day..

---

Huffington Post Search

Advertise (Http://Advertising.Aol.Com/Brands/Huffington-Post)
Log In (/Users/Login/)  |  Make HuffPost Your Home Page (/Makehome/)
RSS (/Syndication/)  |  Careers (/Jobs/)  |  FAQ (/Faq/)
User Agreement (/Terms.Html)  |  Privacy (Http://Privacy.Aol.Com/)
Comment Policy (/Comment-Policy/)  |  About Us (/P/Huffington-Post.Html)
About Our Ads (Http://Adinfo.Aol.Com/About-Our-Ads/)  |  Contact Us (/Contact/)

Copyright ©2014 TheHuffingtonPost.com, Inc.   "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.