# Exhibit 3



# "THE CONVERSATION"
## (/INSTABLOG/ALL)

**POLITICS (2548) (/INSTABLOG/POLITICS)**

5377      7      253



### Recall Effort Against Sheriff Joe Arpaio Fails

by **DEBRA HEINE (/COLUMNISTS/DEBRA-HEINE)** | 30 May 2013 | 392
POST A COMMENT (/INSTABLOG/2013/05/30/RECALL-EFFORT-AGAINST-SHERIFF-JOE-ARPAIO-FAILS#COMMENTS)

A liberal group, "Respect Arizona" **failed in its effort (http://www.latimes.com/news/nation/nationnow/la-na-nn-ff-arpaio-recall-fails-20130530,0,7548060.story)** to recall popular Arizona Sheriff Joe Arpaio, Thursday, but a voter group represented by Larry Klayman, is still suing Respect Arizona because he says the recall effort was illegal under Arizona law to begin with.

**Here (https://docs.google.com/file/d/1mjmwcVaTkeJmqBld4eLiT1Kk-ubRmrajtxRq_AWdfOz6VYBw_Ki6xRnXV8h1/edit?usp=sharing)** is the press release from Klayman's group, *Citizens to Protect Fair Election Results:*



(/System/Breitbart%20Send%20A%20Tip?page=%2fInstaBlog%2f2013%2f05%2f30%2fRecall-Effort-Against-Sheriff-Joe-Arpaio-Fails)

### BREITBART VIDEO PICKS



U.S. senator pledges to block efforts to normalize Cuba relations
Reuters

**More videos:**

  

### SIGN UP FOR OUR NEWSLETTER

e-mail address    SUBSCRIBE

Today predictably the attempted Recall of Sheriff Joe Arpaio by a group which ironically calls itself Respect Arizona, failed in its bid to begin a recall of this respected law enforcement official, who has just been reelected to office for a sixth term. While admitting that they did not get the required number of signatures to begin a recall, obviously because the people of Maricopa County are happy to have Sheriff Arpaio remain in office, the Respect Arizona spokesmen failed to mention that their attempted recall was illegal in any event, as not proscribed by the Arizona Constitution at Article 8, part 1, section 5, which prohibits a recall within six months after an elected official is sworn in. In this regard, the lawsuit filed by attorney Larry Klayman on behalf of the voters of Maricopa County, through his client, the Citizens to Protect Fair Election Results, is set for hearing on June 25, 2013 at 1:30 pm before Judge Michael Herrod.

"Despite Respect Arizona's miserable failure to get the requisite number of signatures needed to conduct an illegal recall, prohibited by the Arizona Constitution, we maintain that the case must still be decided on the merits, as this abuse of process is capable of repetitive acts – that is other elected officials, including judges, could be subject to similar improper schemes to thwart the will of the voting public and nullify their votes. Moreover, the use of a premature and illegal recall effort to raise funds for an organization such as Respect Arizona, defrauds donors to the recall effort and wastes valuable county and state resources. It is thus no wonder that Respect Arizona has refused to make public the signatures which it claims to have collected, as they were procured under false pretenses," stated Klayman.

 "The case against Respect Arizona and the county agencies which allowed this illegal attempted recall to go forward is thus proceeding in court, as this illegal conduct cannot be allowed to happen in the future. We need a ruling by the court upholding the Arizona Constitution, to protect the voters of this great state and elected officials and judges who won their elections fair and square," added Klayman.



| 392 Comments | Breitbart News Network | | 1 Login |
|---|---|---|---|
| Sort by Oldest | | Share | Favorite |

Join the discussion…

**zmrcleanz** · 2 years ago
America"s sheriff
307 · Reply · Share ›

**batcountry** → zmrcleanz · 2 years ago
We need Sheriff Joe in D.C.

 **Wolf Moon** → batcountry · 2 years ago
It would be fitting for him to arrest Obama and Eric Holder. Very fitting.
290 ⌃ | ⌄ · Reply · Share ›

 **Teachem** → Wolf Moon · 2 years ago
Illegals, Holder and the Hussein Oslama Administration have a stack of lawsuits against Joe as their defense. Another prime example of exactly how divisive, and giving reason for the US Citizen to declare war against its Govt.
104 ⌃ | ⌄ · Reply · Share ›

 **Konservative_Punk** → Teachem · 2 years ago
In every nook and cranny of this administration, you will find corruption and abuse of government power for political ends. These illegal attempts to block the will of the people will tarnish Obama's legacy forever.
94 ⌃ | ⌄ · Reply · Share ›

 **Benjamin Dover** → Konservative_Punk · 2 years ago
Hussein Obama is a delusional marxist.
58 ⌃ | ⌄ · Reply · Share ›

 **Michael Shreve** → Benjamin Dover · 2 years ago
No, a Marxist megalomaniac.
3 ⌃ | ⌄ · Reply · Share ›

 **Benjamin Dover** → Michael Shreve · 2 years ago
They're not exclusive things. The guy's certainly a delusional marxist megalomaniac.
1 ⌃ | ⌄ · Reply · Share ›

 **Bryan** → Benjamin Dover · 2 years ago
If you dont like it, leave the country.
⌃ | ⌄ · Reply · Share ›

 **Brandy Baron** → Bryan · a year ago
Bryan, judging by the replies here I'd say that you're the minority so you can leave. We'll stay and work on fixing our government.
⌃ | ⌄ · Reply · Share ›

 **georgewashlincoln** → Konservative_Punk · 2 years ago
depends on who is writing the history books
9 ⌃ | ⌄ · Reply · Share ›

 **coolerking** → Teachem · 2 years ago
Rightly so, as the US Government has already declared war on its own citizens.
72 ⌃ | ⌄ · Reply · Share ›

**Mistr Slapjaw** → Teachem · a year ago
There's no war! Just substantiated information. Get your facts straight. White people should be the most pissed off at Hitler Arpaio. People move to AZ by the truckloads from all over every day. Most these people are retired, poor, disabled, and get on welfare (EBT Cash assistance, AHCCCS) because rent is still super cheap everywhere. Jan Brewer can't afford to support the majority of the state because they mismanaged funds for years. The whole Andrew Thomas scandal cost us taxpayers MILLIONS AND MILLIONS of dollars. Supported by Joe Scumpaio. You think this is the only time? I'm a native and I don't feel safe with him as sheriff. Hes the number 1 inciter of violence here. Hey how about the roads here. More likely to die on the streets of Phoenix than

give birth to twins
· Reply · Share ›


**djslogg** → Wolf Moon · 2 years ago
That's why neither will go to Sheriff Joe's county. Both Obama and Holder would look much more girly in pink prison garb.
86 · Reply · Share ›


**jackcandobutwont** → djslogg · 2 years ago
I would pay money to see that...the bamster and holder sharing in pink undies sharing time while out on the chain gang!!
39 · Reply · Share ›


**chekme2** → djslogg · 2 years ago
YOU GO SHERIFF ARPAIO. WE LOVE YOU. Don't worry about those Aholes. KEEP IT UP.
49 · Reply · Share ›


**blebs** → djslogg · 2 years ago
Oh please, I beg of you. Be there to take pictures and post them all over the internet. I'd like to see the whole administration living Sheriff Joes tent city.
3 · Reply · Share ›


**Brandy Baron** → djslogg · a year ago
I'm sure Obama would be very comfortable in girly pink prison garb... and with a boyfriend named Bubba visiting his cell LOL
· Reply · Share ›


**BeautifulAmerica** → Wolf Moon · 2 years ago
That would be perfect!
30 · Reply · Share ›


**blebs** → Wolf Moon · 2 years ago
Oh how I'd love to see it happen. Tase him first, club him next, brutally handcuff him and leg shackle the SOB, throw him on the hood of the cruiser for the ride to jail.
13 · Reply · Share ›


**Allen Kincade** → blebs · 2 years ago
Water board
14 · Reply · Share ›


**joe smartpaio** → blebs · a year ago
Are you talking about the Pres? Secret Service is comin for your sorry ass...
· Reply · Share ›


**georgewashlincoln** → Wolf Moon · 2 years ago
id pay money to see that!
11 · Reply · Share ›


**rm56** → Wolf Moon · 2 years ago
OMG! That would be so cool. To have Sheriff Joe march in with his deputies and slap irons on them and march them off to jail where they belong. On that day I would be proud of America. These days not so much.
9 · Reply · Share ›

**Mistr Slapjaw** → rm56 · a year ago
LOL such a racist bigot hypocrite...comments like yours make it hard to be a white guy
· Reply · Share ›

 **ballpark1981** → Wolf Moon • 2 years ago
killed will being arrested works, also
∧ | ∨ • Reply • Share ›

 **blebs** → ballpark1981 • 2 years ago
No. No easy outs for these people. Death would be too kind. They need life with Bubba.
1 ∧ | ∨ • Reply • Share ›

 **disqus_8DcPHcJNZ3** → Wolf Moon • 2 years ago
Watch for it.
∧ | ∨ • Reply • Share ›

 **Mistr Slapjaw** → Wolf Moon • a year ago
It would be fitting for someone to XXX... Sheriff Joe
∧ | ∨ • Reply • Share ›

 **Novel Concepts** → batcountry • 2 years ago
If Sheriff Joe was in D.C... He would run each and every one of our corrupt and self-serving politicians right out of town...or better yet, straight to jail. There would only be a handful of staffers left in town.
99 ∧ | ∨ • Reply • Share ›

 **bruce lorraine** → Novel Concepts • 2 years ago
If sheriff Joe was in DC the Liberals, flaming tourches in hand, would storm the castle & burn the monster out.
I wish we had Joe in Oakland.
35 ∧ | ∨ • Reply • Share ›

 **Mistr Slapjaw** → bruce lorraine • a year ago
LOL no you don't. You'd have a riot within hours of his election
∧ | ∨ • Reply • Share ›

 **opa** → Novel Concepts • 2 years ago
Trouble is, the entrenched staffers are a big part of the problem. They right the regulations based on the laws.
21 ∧ | ∨ • Reply • Share ›

 **parabellum** → Novel Concepts • 2 years ago
Starting with the corrupt power-hungry psychopath pimp called V. Ali at the DMV.
2 ∧ | ∨ • Reply • Share ›

 **blueangel69** → Novel Concepts • 2 years ago
Garsh, I think I just had an epiphany. The connection between Hollyweird and DC? They're both parts of La La Land.
10 ∧ | ∨ • Reply • Share ›

 **disqus_8DcPHcJNZ3** → Novel Concepts • 2 years ago
Won't happen. We need him in Arizona as long as he chooses to run.
2 ∧ | ∨ • Reply • Share ›

 **joereg4** → batcountry • 2 years ago
He used to be in DC. He kicked butt in an agency that eventually became the DEA.
17 ∧ | ∨ • Reply • Share ›

 **chekme2** → batcountry • 2 years ago
Heck, we need Sheriff Joe, EVERY WEHRE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!.
28 ∧ | ∨ • Reply • Share ›

**Mistr Slapjaw** → batcountry • a year ago



haha, then he would pick on black people.

∧ ∨ • Reply • Share ›



**Chris Dennis** → zmrcleanz • 2 years ago

America's Sheriff!!! Needed exclamation marks behind that statement!

96 ∧ | ∨ • Reply • Share ›



**Guest** → zmrcleanz • 2 years ago

I think the whole idea of a recall was to try and smear sheriff Joe and make it look like he did not have the confidence of the voters. liberal socialists will try a create a problem where none really exists in order to destroy someone who disagrees with them.

88 ∧ | ∨ • Reply • Share ›



**Mistr Slapjaw** → Guest • a year ago

UHHHH NO wrong again! the recall was because the public is sick of his antics, and staid demeanor about waisting millions of our tax dollars on trying to indict judges based on false evidence. A lot of ppl dont know he has a daughter who is a drug addict that gets special treatment, his other daughter runs the food program for all the jails, and a lot he says is a lie, He's a chicken and won't comment on his buddy Andrew Thomas

∧ | ∨ • Reply • Share ›



**Guest** → Mistr Slapjaw • a year ago

you have joined the ranks of the terminally stupid. I sincerely hope you live long enough to see the error of your ways.

1 ∧ | ∨ • Reply • Share ›



**Guest** → Guest • a year ago

why is disqus sending notifications that are months old???? I do not reply to every idiot who responds to that which I post. slapjaw, why are you bothering to post to something this old? even my old brain says enough time has passed.

1 ∧ | ∨ • Reply • Share ›



**Mistr Slapjaw** → Guest • a year ago

Hey oldwhiteguy, I think your confusing the term terminally stupid from terminally ill which is what your "old brain" is. Please hurry up and die so that your ability to vote is covered in 6 feet of dirt. Sheriff Joe is an "oldwhiteidiot" like you are. I am a native "whiteman" who can see through the BS bigotry kind of like someone who has a name "oldwhiteguy" Hopefully your ability to see will diminish and maybe someday you will actually see the "light" and stop sticking up for a JA like Sheriff Joe. Sun City is not the only town in AZ...Closed minds should keep closed mouths.

∧ | ∨ • Reply • Share ›

**Brandy Baron** → Mistr Slapjaw • a year ago

And how did that recall end???? There wasn't even enough "public is sick of his antics" to get enough signatures to put a recall on the ballot! LMAO!!!

∧ | ∨ • Reply • Share ›



**roccity** → zmrcleanz • 2 years ago

I say we take all that ammo that big sis has been storing up to use against americans and give it all to Joe.. That's a MAN I can stand behind. That spineless pathetic worm food Osama bin Barack Obama could pickup a pointer or two from him.

14 ∧ | ∨ • Reply • Share ›



**Mistr Slapjaw** → zmrcleanz • a year ago

Joe Arpaio is a poopface

∧ | ∨ • Reply • Share ›

**deportillegals** • 2 years ago
Sheriff Joe rocks!
127 • Reply • Share ›

**SoWhatBubb** • 2 years ago
Way to go, Joe.
I wish you were my sheriff.
105 • Reply • Share ›

Load more comments

**ALSO ON BREITBART NEWS NETWORK**   **WHAT'S THIS?**

**Michelle Obama's Example of Racism at Target Probably Wasn't Racism**
225 comments • 6 hours ago
**Redleg7** — I'm tall. From a young age my Mom has asked me to help get things from the top cabinets. I go to …

**Sony Cancels 'The Interview' Theatrical Release**
652 comments • 4 hours ago
**KevSanders** — They wanted to release obama's college records.They couldn't find any.

**Is Cyberattack on Sony Disruptive Enough to Constitute an Act of War …**
205 comments • 4 hours ago
**nopc4me** — No, just their blatant HYPOCRISY.

**Chamber of Commerce 'Welcomes' Obama Cuba Announcement**
95 comments • 6 hours ago
**KJinAZ** — Any business that displays a Chamber of Commerce sign will no longer get my business. The only way …

Subscribe    Add Disqus to your site    Privacy

## FROM OUR PARTNERS

Fox News Politics        Fox News National        Fox News Sports

SUBSCRIBE TO WND'S NEWS ALERTS    Email    SUBSCRIBE    Already Subscribed?

WND
# EFFORT TO OUST SHERIFF JOE FAILS
'After months of name calling, disparaging effigies and theatrics'
Published: 05/30/2013 at 8:44 PM

Print


Sheriff Joe Arpaio

The effort to recall "America's toughest sheriff," Maricopa County, Arizona's Joe Arpaio, fell short of the 355,000 voter signatures needed by yesterday afternoon.

Arpaio reacted to the outcome in a statement.

"After months of name calling, after the disparaging effigies and theatrics … this latest recall effort has failed," the sheriff said. "This effort failed because the good people of Maricopa County, whom I'm honored to serve, rejected the wrongheaded idea of overturning an election."

The recall campaign was launched by Respect Arizona (https://www.recallarpaio.com/) and Citizens for a Better Arizona, which protested the sheriff's aggressive approach to stopping illegal immigration, charging his office targets people on the basis of race, in violation of the Constitution.

Respect Arizona said it believes "our children deserve a sheriff that respects families, respects immigrants and respects Latinos."

Randy Parraz, president of Citizens for Better Arizona, told the Los Angeles Times the two groups had nearly 300,000 signatures by the 5 p.m. deadline Thursday. He said the setback won't slow down Arpaio's critics, vowing "this fight is not over."

In support of Arpaio, whose backers are as passionate as his enemies, a group called Citizens to Protect Fair Election Results (http://www.cpfer.com/) was formed.

The group's attorney Larry Klayman (http://www.larryklayman.com), founder of Judicial Watch and Freedom Watch, said "dangerous, subversive-like activities of Respect Arizona have the potential to launch this county and possibly the entire state in what can only be called an 'Electoral Civil War' that could cost the citizens of Arizona millions of taxpayer dollars."

Klayman charged the allegations against Arpaio are "not only false on their face, but, in addition, also fraudulent since Respect Arizona obviously does not represent the majority of voters of Maricopa County, Arizona, who just re-elected Sheriff Arpaio a few months ago."

Arpaio's opponents contend he must be dismissed because his office has failed to adequately investigate more than 400 sex crimes cases and has cost the county $25 million in legal settlements over treatment in county jails.

In addition, in a complaint brought by Latinos, a federal judge ruled last Friday that Arpaio and his deputies unconstitutionally target people because of race.

The ruling by U.S. District Court Judge Murray Snow came in response to a class-action lawsuit brought by Hispanic drivers. At issue was whether police can target illegal immigrants without racially profiling innocent citizens and legal residents of Hispanic origin.

The ruling charges the agency stopped cars because they had dark-skinned people in them and arrested Latinos for suspected immigration violations without proper authority.

The sheriff strongly insists there has been no racial profiling, and he plans to appeal the decision.

Last summer, the Obama Justice Department closed a criminal probe into Arpaio and his deputies that also charged racial profiling of Latinos and unlawful arrest. The investigation began in 2008.

The Justice Department also sued Arizona for its law allowing state law enforcement officers to enforce federal immigration laws.

As WND reported (http://wnd.com/?p=215895), Arpaio has charged Obama "is waging war on Arizona over illegal immigration."

Arpaio's supporters have argued the sheriff won re-election fairly and that recall organizers shouldn't be allowed to contest the election because they didn't like the outcome.

Arpaio has said his office addressed the problems with the sex-crimes investigations and has made changes to prevent a repeat.

In January, the U.S. Supreme Court ruled regarding state Senate Bill 1070 that Arizona has the right to ask whether suspects are in the U.S. legally but cannot punish anyone for it.

In response to the ruling, Homeland Security Secretary Janet Napolitano's suspended "the 287(g) program," which allowed the DHS to deputize local, county and state law enforcement officers to assist in the enforcement of federal immigration laws.

"Evidently Obama didn't get everything they wanted from the Supreme Court, so they decided to retaliate against Arizona," Arpaio said at the time.

"What the Obama administration wants is amnesty," Arpaio said. "DHS has made it clear the goal is to allow people here illegally to hit the streets."

Arpaio's Cold Case Posse team of volunteer investigators continues to probe President Obama's eligibility for office (http://www.wnd.com/2013/05/sheriff-joe-to-congress-investigate-obamas-eligibility/), focusing on the birth certificate made public by the White House. Arpaio and the posse have concluded the birth certificate is a fraud and are urging Congress to investigate.

In April, a suspicious package addressed to Arpaio contained a bomb that was powerful enough to maim or even kill him, his office said.

Print (http://www.wnd.com/2013/05/do-sheriff-joes-enemies-have-enough-signatures-to-oust-him/print/)

**Note:** Read our discussion guidelines (/discussion-guidelines/) before commenting.

| SECTIONS | FEATURES | RESOURCES | WND WEEKLY (HTTP://SUPERSTORE.WN | CONTACT WND |
|---|---|---|---|---|
| WND TV (HTTP://WWW.WND.COM/( TV/) | CARTOONS (HTTP://WWW.WND.COM/( | ABOUT WND (/ABOUT-WND/) | WHO READS US (HTTP://WWW.WND.COM/\ READS-US/) | • Advertising Inquiries (/contact-wnd/?subject=advertising) |
| COMMENTARY (HTTP://WWW.WND.COM/( | REVIEWS (HTTP://WWW.WND.COM/( | ADVERTISING (HTTP://WWW.WND.COM/A WITH-WND/) | WHO'S WHO AT WND (HTTP://WWW.WND.COM/\ WHO-AT-WND/) | • Corrections (/contact-wnd/?subject=corrections) |
| POLITICS (HTTP://WWW.WND.COM/( PAGE/POLITICS/) | DAILY BLESSING (HTTP://WWW.WND.COM/A | COMMENTATOR LINEUP (HTTP://WWW.WND.COM/( | WND HISTORY (/ON-THIS-DAY-IN-WND-HISTORY/) | • Email to the Editor (/contact-wnd/?subject=email) |
| U.S. (HTTP://WWW.WND.COM/( PAGE/US/) | EMAIL TO THE EDITOR (HTTP://WWW.WND.COM/( TO-THE-EDITOR/) | DONATE TO WND (HTTP://SUPERSTORE.WN ITEMS/CONTRIBUTIONS) | WND SCOOPS (HTTP://WWW.WND.COM/\ SCOOPS-YOU-READ-IT-HERE-FIRST/) | • News Tips (/contact-wnd/?subject=tips) |
| WORLD (HTTP://WWW.WND.COM/( PAGE/WORLD/) | FORUMS (HTTP://WWW.WND.COM/( PETITIONS (HTTP://WWW.WND.COM/( | NEWS ALERTS (HTTP://WWW.WND.COM/S UP-FOR-WNDS-FREE-EMAIL-ALERTS/) | MOBILE WND (HTTP://MOBILE.WND.COM | • Testimonials (/contact-wnd/?subject=testimonial) |
| FAITH (HTTP://WWW.WND.COM/( PAGE/FAITH/) | JOKE OF THE DAY (HTTP://WWW.WND.COM/( | G2 BULLETIN (HTTP://G2BULLETIN.WND | | |
| HEALTH (HTTP://WWW.WND.COM/( PAGE/HEALTH/) | | RED ALERT (HTTP://REDALERT.WND.( WND SUPERSTORE (HTTP://SUPERSTORE.WN | | |

EDUCATION (HTTP://WWW.WND.COM/MAIN-PAGE/EDUCATION/)

MONEY (HTTP://WWW.WND.COM/C

DIVERSIONS (HTTP://WWW.WND.COM/C

WND BOOKS (HTTP://WNDBOOKS.WND

WHISTLEBLOWER (HTTP://SUPERSTORE.WN

Questions (/contact-wnd/?subject=questions)

© Copyright 1997-2014. All Rights Reserved. WND.com.  |  Terms of Use (/terms-of-use/)  |  Privacy Policy (/privacy-policy/)

(/privacy-policy/)