# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ARPAIO,<br><br>                 Plaintiff,<br><br>v.<br><br>BARACK OBAMA, ET AL.<br><br>                 Defendants. | Case 1:14-cv-01966 |

## UNOPPOSED MOTION TO INCREASE PAGE LIMIT

Plaintiff, Joseph Arpaio, hereby moves this Court to increase the page limit for his Reply to Defendants' Opposition to Motion for Preliminary Injunction by fifteen (15) pages and as grounds therefor would show:

1. On December 16, 2014 this Court ordered that Plaintiff may file a Reply to Defendants' Opposition to Motion for Preliminary Injunction.

2. Pursuant to District of Columbia LCvR 7(e), Plaintiff's reply memorandum is limited to twenty-five (25) pages in length, unless the Court grants prior approval to exceed the page limit.

3. This is an issue of extreme importance for the entire country. In addition, Defendants have filed a substantial opposition brief that includes numerous arguments that must be addressed by Plaintiff's Reply.

4. An additional fifteen (15) pages will allow Plaintiff the room needed to sufficiently address Defendants' arguments and will aid the Court in making a determination on Plaintiff's Motion for Preliminary Injunction.

5. Neither party will be prejudiced as a result of increasing the page limit for Plaintiff's Reply.

6. **Defendants' counsel indicated that Defendants will not oppose this motion.**

WHEREFORE, for the foregoing reasons Plaintiff hereby respectfully requests that this Court the page limit for his Reply to Defendants' Opposition to Motion for Preliminary Injunction by fifteen (15) pages.

Dated: December 18, 2014

                                                Respectfully submitted,

                                                /s/ *Larry Klayman*
                                               Larry Klayman, Esq.
                                               D.C. Bar No. 334581
                                             Klayman Law Firm
                                             2020 Pennsylvania Ave. NW, Suite 345
                                             Washington, DC 20006
                                             Tel: (310) 595-0800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2014 a true and correct copy of the foregoing Unopposed Motion to Increase Page Limit (Civil Action Nos. 14-cv-1966) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

ADAM D. KIRSCHNER
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov
*Attorney for Defendants*


Respectfully submitted,

       /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ARPAIO,<br><br>                               Plaintiff,<br><br>        v.<br><br>BARACK OBAMA, ET AL.<br><br>                               Defendants. | Case 1:14-cv-01966 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Increase Page Limit, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

IT IS HEREBY:

**ORDERED**: that the Plaintiff's Unopposed Motion to Increase Page Limit is hereby **GRANTED**.  Plaintiff shall have an additional fifteen (15) pages for his Reply to Defendants' Opposition to Motion for Preliminary Injunction.

Entered this _____ day of _____, 2014.

SO ORDERED,

_____
Hon. Beryl A. Howell
U.S. District Court Judge