# Exhibit B

Case 1:14-cv-01966-BAH Document 19-2 Filed 12/18/14 Page 2 of 8

SUBSCRIBE TO WND'S NEWS ALERTS    Email    SUBSCRIBE    Already Subscribed?

THE IMPERIAL PRESIDENCY

# OBAMA'S AMNESTY QUASHED BY CHRISTMAS?

Exclusive: Larry Klayman explains status of Sheriff Joe's suit against president

Published: 6 days ago



**LARRY KLAYMAN (HTTP://WWW.WND.COM/AUTHOR/LKLAYMAN/)**   About | Email (mailto:lklayman@wnd.com) | Archive (http://www.wnd.com/author/lklayman/?archive=true)

Follow  674 followers    Subscribe to feed (http://www.wnd.com/author/lklayman/feed/)

Print (http://www.wnd.com/2014/12/obamas-amnesty-quashed-by-christmas/print/)

Freedom Watch's court hearing on Dec. 22, 2014, in a case styled Arpaio v. Obama (14-cv-1966) before the U.S. District Court for the District of Columbia, could be the only hope to stop Obama's imperial fiat amnesty to illegal aliens. Republicans led by Speaker John Boehner are eagerly funding Obamacare and President Obama's unconstitutional executive amnesty for another year. (See www.freedomwatchusa.org. (http://www.freedomwatchusa.org))

That's why in the lawsuit we brought for Sheriff Joe Arpaio, we have asked the federal court in Washington, D.C., to block Obama from implementing executive amnesty by issuing a preliminary injunction. The judge has ordered an expedited hearing schedule. In principle, Freedom Watch could actually put a halt to Obama's amnesty in its tracks before Christmas, but the Honorable Beryl Howell may want to write her decision over the holidays. In any event, we expect a quick ruling.

There are so many reasons why Obama's executive amnesty will cause immediate harm. Besides the obvious (and important), there are some things you aren't hearing about. The Obama administration is hiring 1,000 new workers to quickly process applications for amnesty. The new workers in Crystal City, Virginia, clearly won't have any expertise in immigration. They will just be rubber-stamping every application.

The 5 million illegal aliens slated to receive amnesty will also be granted a work permit, technically called an Employment Authorization Card. The card can be used in most states to receive a driver's license. Under the "Motor Voter" law, people are encouraged by the government to register to vote while getting a driver's license. When officials invite them to register to vote, illegal aliens with little understanding may accept the invitation. They could think they wouldn't be asked to register if they shouldn't.



Our voting registration system runs mostly on the honor system. Nobody investigates until there is a complaint. Even if due to misunderstanding, we could have millions of illegal aliens actually voting in the 2016 election. The amnesty to illegal aliens could start tilting elections as early as 2015.

Many businesses will face legal jeopardy when they hire employees because of President Obama's lawlessness. Approximately 5 million new illegal aliens may now be showing up at your business applying for a job holding an "Employment Authorization Card."

This is a modern work permit. It is the same work permit that legal immigrants get when they come to the country honorably, above board and playing by the rules. So a business will not know if the applicant is legally in the country or not. There is no clue how or why a person got the work permit.

As a former federal prosecutor, let me give some warning. Obama's "Executive Action" on Nov. 20, 2014, granted amnesty – and the right to work – to as many as 4.7 million illegal immigrants. That's on top of the roughly 1 to 1.5 million illegal aliens to whom Obama gave amnesty in June 2012 under his Deferred Action for Childhood Arrivals

Of course, Obama does not have the legal authority to do this as president. As a result, we will have 5 to 6 million illegal aliens all over the country presenting Employment Authorization Cards (historically an Employment Authorization Document) to get jobs, cards I believe are invalid.

***Help Larry Klayman with his class-action suit against Obama's use of the NSA to violate Americans' rights (http://superstore.wnd.com/specialty-items/Legal-Defense-Fund-to-Support-Already-Filed-Class-Action-Lawsuits-Against-Obama-NSA-Violations)***

But employers are in an untenable and risky position. On the one hand, it is illegal to hire an employee or independent contractor who is an illegal alien. If a lawbreaker's work permit is invalid, then the employer is breaking the law by hiring him or her.

On the other hand, it is illegal to discriminate in the workplace based upon nationality, citizenship or immigration status. Also, in the "Alice in Wonderland" world of immigration policy, it is illegal to ask if a job applicant is legally present in the country. So you have no way of knowing if an individual job applicant has a valid work permit as a lawful immigrant or an unconstitutional executive action work permit.

Therefore, businesses may be forced into breaking federal law either way, based on whether the president does or does not have the legal power to grant amnesty to illegal aliens. For the time being, employers must accept an Employment Authorization Card as legitimate until the courts rule otherwise.

But to cover themselves, I believe employers may want to bring lawsuits. If a business has hired non-citizens on work permits, or had job candidates apply on work permits, or are likely to have non-citizens apply, they should consider filing a lawsuit to get clarification.

We are confident that however Judge Howell rules at this first stage, in the end, the courts will overturn Obama's actions. Obama argues that he has the power to waive the law under prosecutorial discretion. But prosecutorial discretion does not mean granting benefits. Obama's programs grant many new benefits to illegal aliens, like the right to work. Declining prosecution does not mean granting a person the right to stay in the United States.

Imagine this: A defendant is accused of breaking and entering into your house while you are away for the holidays. The prosecutor decides to drop the case because the only eyewitness is legally blind. Now, does that give the accused a right to start living in your house from now on? Declining to prosecute for breaking and entering does not transform a defendant into a tenant. The accused might not go to jail, but he cannot live in your house as a result.

If employers want to consider filing lawsuits, I invite them to contact Freedom Watch at www.freedomwatchusa.org (http://www.freedomwatchusa.org). Time is of the essence to use our judicial system to right the wrongs Obama and his minions have caused to our immigration system and to our nation as a whole.

*Media wishing to interview Larry Klayman, please contact media@wnd.com (mailto:media@wnd.com).*

**Receive Larry Klayman's commentaries in your email**

BONUS: By signing up for Larry Klayman's alerts, you will also be signed up for news and special offers from WND via email.

**Name** *

First　　　　　　　　　　　　　Last

**Email** *

Where we will email your daily updates

**Postal code** *

A valid zip code or postal code is required

Click the button below to sign up for Larry Klayman's commentaries by email, and keep up to date with special offers from WND. You may change your email preferences at any time.

Sign me up!

 Print (http://www.wnd.com/2014/12/obamas-amnesty-quashed-by-christmas/print/)

FROM THE WEB (//www.taboola.com/popup?template=colorbox&taboola_utm_source=wnd&taboola_utm_medium=bytaboola&taboola_utm_content=hybrid-text-links-2c:text-2-columns:)

- **'Barry was Muslim'** (http://www.wnd.com/2012/09/barry-was-muslim/)
- **Top official in Obama birth mystery killed** (http://mobile.wnd.com/2013/12/top-official-in-obama-birth-mystery-killed/)
- **Viewer 'white as ghost' after seeing revelations about Obama** (http://mobile.wnd.com/2012/10/viewer-white-as-ghost-after-seeing-revelations-about-obama/)
- **Kaboom! Trump drops Obama bombshell** (http://www.wnd.com/2012/10/kaboom-trump-drops-obama-bombshell/)
- **Clinton 'sex victim' goes full frontal on Hillary** (http://mobile.wnd.com/2014/02/clinton-sex-victim-goes-full-frontal-on-hillary/)

(//www.taboola.com/popup?template=colorbox&taboola_utm_source=wnd&taboola_utm_medium=bytaboola&taboola_utm_content=hybrid-text-links-2c:text-2-columns:)

---

**Note:** Read our discussion guidelines (/discussion-guidelines/) before commenting.

**22 Comments**     WND      Login

Sort by Newest     Share    Favorite ★

  Join the discussion…

 **momprayn** · 3 days ago

Grateful for all your steady, persistent, patriotic efforts and will pray about it, but having said that -- don't expect it to go anywhere as all the others at this point in time. For all intents and purposes, we are already living under a dictatorship with the Congress rendered irrelevant (even next year) -- lawlessness and injustice abounds and rules, courts packed in their favor, judges & all important agencies have been taken over by our enemies - either complicit or being threatened, bought off - whatever it takes.
All the efforts of our enemies for decades are paying off and they are now in their very end game of shutting us down for good - by 2016 with the global help of the U.N., Muslim Brotherhood and our own Congress. More and more are waking up to these hard cold facts, and more next year when they see for themselves that Congress stays with the status quo and promotes Obama's/Dems goals that will destroy us. All of us need to start concentrating on what to do about it since it's unprecedented and will take drastic actions in this new era that will determine in the next two years what our future will be re our Constitutional Republic - which is already crumbled and about buried.
Time for a second American Revolution.

1 ▲ | ▼ • Reply • Share ›

 **EaglesGlen** · 5 days ago

Funny how (almost all) American government at all levels have enslaved American citizens to pay all that

we pay government for goods and services we American citizens don't receive and illegal aliens do even though illegal aliens are not public charge.
What a BIG unfunded mandate by the fed.

3 • Reply • Share ›


**EaglesGlen** · 5 days ago
I think the U.S. Fed ought to charge each illegal that has occupied America over 30 or so, an daily occupancy tax so great there is no profit in working illegally. And every time they bump into law enforcement they can pay their taxes.

4 • Reply • Share ›


**Al Bumen** · 5 days ago
An estimated 9 million aliens have illegally made their way into US territory between 1990 and 2007.

2 • Reply • Share ›


**rennyangel2** · 5 days ago
Thanks, Joe and Larry. Someone, not Boehner obviously. has to protect the republic and its legal citizens and legal aliens.

10 • Reply • Share ›


**GeorgeRA** · 5 days ago
With Obamanasty's illegal aliens what is the need for aliens?

4 • Reply • Share ›


**Jimh77** · 6 days ago
Vote Wisely 2016

What if 20 Million Illegal Aliens were
deported from America ?

Tina Griego, journalist for the Denver Rocky
Mountain News wrote a column titled, "Mexican Visitor's Lament".

I interviewed Mexican journalist Evangelina
Hernandez while visiting Denver last week. Hernandez said, "illegal aliens
pay rent, buy groceries, buy clothes. What Happens to your country's economy if
20 million people go away?" Hmmm, I thought, what would happen?

So I did my due diligence, buried my nose as a
reporter into the FACTS I found below.

It's a good question it deserves an honest
answer. Over 80% of Americans demand secured borders and illegal migration
stopped. But what would happen if all 20 million or more vacated America ? The

see more

16 • Reply • Share ›


**Areminder** → Jimh77 · 5 days ago
Please verify if these figures come from the "National Policy Institute" or some other source so it can be cited along with you.

1 • Reply • Share ›


**Jimh77** → Areminder · 5 days ago
Here ya go with links, just have to replace the (DOT) with . remove spaces.

What if 20 Million Illegal Aliens
Vacated America ?

January 27, 2012
at 11:14am

What if they left

Best on the
subject to present date.

What if 20 Million
Illegal Aliens Vacated America ?

I, Tina Griego,
journalist for the Denver Rocky Mountain News wrote a column titled,

see more

1 ^ | ˅ • Reply • Share ›

 **SPOOK'S SPOOK** → Jimh77 • 5 days ago
Now it's the land of the fleeced and the home of the lame. Wake up people, stop being sheeple.
1 ^ | ˅ • Reply • Share ›

 **Jimh77** → Areminder • 5 days ago
I printed the story with links, on hold pending approval, I'll clean up the links. They probably won't approve it.
1 ^ | ˅ • Reply • Share ›

 This comment was deleted.

 **SPOOK'S SPOOK** → Jimh77 • 5 days ago
What happened to #2?
^ | ˅ • Reply • Share ›

 **barbaranc** • 6 days ago
Larry, you & Joe are honorable hard working men. Thank you both for standing up for our country. I pray you get an honest judge who will hear the facts of the case & not one bought & paid for by Obama or Holder.
7 ^ | ˅ • Reply • Share ›

 **Steve Weinstein** → barbaranc • 6 days ago
It will be thrown on its face & he knows it because Arpaio has no standing.
1 ^ | ˅ • Reply • Share ›

 **Areminder** → Steve Weinstein • 5 days ago
Who could have more standing than the sheriff who must investigate the crime, arrest the criminals, feed, clothe and house (imprison) them until their trials, and allocate his own financial resources away from the protection and investigation of the legal residents and citizens of his county in so doing?
2 ^ | ˅ • Reply • Share ›

 **dmxinc** → Steve Weinstein • 5 days ago
According to people like you, no one in our country has "standing."

We're supposed to just sit there and let our country go away.

Not on your life.
3 ^ | ˅ • Reply • Share ›

 **harrydweeks** → Steve Weinstein • 5 days ago
If it does get thrown out, it won't be because of Arpaio's standing . I live in AZ. and can tell you that everyday we have murders, robberies, drug arrests, gang shootings, abductions and hundreds of illegals coming across our border. As a result the state budgets are stressed, police , fire and prison budgets can't even begin to handle the influx. So, if in your opinion, the Sheriff of the largest county in AZ. doesn't have standing, who the hell does ?

7 ^ | ˅ • Reply • Share ›

 **Areminder** → harrydweeks • 5 days ago
Currently, according to some judges, nobody. That's the problems with a lawless government.
May God Bless and protect you and yours, and those around you. When the darkness seems to be winning is often when God sends His light, if we'll but totally turn to Him and ask Him for it.

3 △ ▽ • Reply • Share ›

 **momprayn** → Areminder • 3 days ago
AMEN !

△ ▽ • Reply • Share ›

 **357x6** • 6 days ago
Godspeed, Larry.

5 △ ▽ • Reply • Share ›

 **PaganTeaPartier** • 6 days ago
The way I like to describe it is, "The President can Pardon the bank robber, but he can't let him keep the money."

9 △ ▽ • Reply • Share ›

 **Areminder** → PaganTeaPartier • 5 days ago
This administration would send eric holder to organize demonstrations shouting the money belongs to the people, not the banks, so recognize the humanity of the robber and let him keep his fair share.

2 △ ▽ • Reply • Share ›

✉ Subscribe   D Add Disqus to your site   ▷ Privacy

---

**SECTIONS**
WND TV (HTTP://WWW.WND.COM/WND-TV/)
COMMENTARY (HTTP://WWW.WND.COM/COMMENTARY/)
POLITICS (HTTP://WWW.WND.COM/CATEGORY/PAGE/POLITICS/)
U.S. (HTTP://WWW.WND.COM/CATEGORY/PAGE/US/)
WORLD (HTTP://WWW.WND.COM/CATEGORY/PAGE/WORLD/)
FAITH (HTTP://WWW.WND.COM/CATEGORY/PAGE/FAITH/)
HEALTH (HTTP://WWW.WND.COM/CATEGORY/PAGE/HEALTH/)
EDUCATION (HTTP://WWW.WND.COM/C

**FEATURES**
CARTOONS (HTTP://WWW.WND.COM/C
REVIEWS (HTTP://WWW.WND.COM/C
DAILY BLESSING (HTTP://WWW.WND.COM/A
EMAIL TO THE EDITOR (HTTP://WWW.WND.COM/EMAIL-TO-THE-EDITOR/)
FORUMS (HTTP://WWW.WND.COM/C
PETITIONS (HTTP://WWW.WND.COM/C
JOKE OF THE DAY (HTTP://WWW.WND.COM/C

**RESOURCES**
ABOUT WND (/ABOUT-WND/)
ADVERTISING (HTTP://WWW.WND.COM/ADVERTISE-WITH-WND/)
COMMENTATOR LINEUP (HTTP://WWW.WND.COM/C
DONATE TO WND (HTTP://SUPERSTORE.WND ITEMS/CONTRIBUTIONS)
NEWS ALERTS (HTTP://WWW.WND.COM/SIGN-UP-FOR-WNDS-FREE-EMAIL-ALERTS/)
G2 BULLETIN (HTTP://G2BULLETIN.WND
RED ALERT (HTTP://REDALERT.WND.C
WND SUPERSTORE (HTTP://SUPERSTORE.WND
WND BOOKS

WND WEEKLY (HTTP://SUPERSTORE.WN
WHO READS US (HTTP://WWW.WND.COM/WHO-READS-US/)
WHO'S WHO AT WND (HTTP://WWW.WND.COM/WHOS-WHO-AT-WND/)
WND HISTORY (/ON-THIS-DAY-IN-WND-HISTORY/)
WND SCOOPS (HTTP://WWW.WND.COM/WND-SCOOPS-YOU-READ-IT-HERE-FIRST/)
MOBILE WND (HTTP://MOBILE.WND.CO

**CONTACT WND**
- Advertising Inquiries (/contact-wnd/?subject=advertising)
- Corrections (/contact-wnd/?subject=corrections)
- Email to the Editor (/contact-wnd/?subject=email)
- News Tips (/contact-wnd/?subject=tips)
- Testimonials (/contact-wnd/?subject=testimonial)
- Questions (/contact-

PAGE/EDUCATION/)

MONEY
(HTTP://WWW.WND.COM/

DIVERSIONS
(HTTP://WWW.WND.COM/

(HTTP://WNDBOOKS.WND

WHISTLEBLOWER
(HTTP://SUPERSTORE.WN

wnd/?
subject=questions)

© Copyright 1997-2014. All Rights Reserved. WND.com.    Terms of Use (/terms-of-use/)    Privacy Policy (/privacy-policy/)

(/privacy-policy/)