# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH ARPAIO,

            Plaintiff,

    v.

BARACK OBAMA, ET AL.

            Defendants.

Case 1:14-cv-01966

## NOTICE OF FILING OF
## SUPPLEMENTAL DECLARATION OF SHERIFF JOE ARPAIO,
## IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION

Pursuant to the Court's Minute Order of December 18, 2014, Plaintiff hereby gives notice of the filing of the Supplemental Declaration of Sheriff Joe Arpaio of Maricopa County, Arizona, which is hereby attached.

Dated: December 19, 2014

Respectfully submitted,

 /s/ *Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
Klayman Law Firm
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 19th day of December, 2014 a true and correct copy of the foregoing Notice of Filing of Supplemental Declaration of Sheriff Joe Arpaio, In Support Of Plaintiff's Motion For Injunction (Civil Action Nos. 14-cv-1966) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

    ADAM D. KIRSCHNER
    Trial Attorney
    Civil Division, Federal Programs Branch
    U.S. Department of Justice
    P.O. Box 883
    Washington, D.C. 20044
    Tel.: (202) 353-9265
    Fax: (202) 616-8470
    Adam.Kirschner@usdoj.gov
    *Attorney for Defendants*


        Respectfully submitted,


        /s/ *Larry Klayman*
        Larry Klayman, Esq.
        D.C. Bar No. 334581
        2020 Pennsylvania Ave. NW, Suite 345
        Washington, DC 20006
        Tel: (310) 595-0800