IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH ARPAIO,

                Plaintiff,

    v.

BARACK OBAMA, ET AL.

                Defendants.

Case 1:14-cv-01966

**NOTICE OF FILING OF DOCUMENT TO BE INCLUDED AS PART OF EXHIBIT 5 TO SUPPLEMENTAL DECLARATION OF SHERIFF JOE ARPAIO, IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION**

Plaintiff hereby gives notice of the filing of a document was inadvertently not included in Exhibit 5 to the Supplemental Declaration of Sheriff Joe Arpaio, in Support of Plaintiff's Motion for Injunction [ECF No. 20] filed earlier.

Dated: December 19, 2014

                                          Respectfully submitted,

                                          /s/ *Larry Klayman*
                                          Larry Klayman, Esq.
                                          D.C. Bar No. 334581
                                          Klayman Law Firm
                                          2020 Pennsylvania Ave. NW, Suite 345
                                          Washington, DC 20006
                                          Tel: (310) 595-0800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2014 a true and correct copy of the foregoing Notice of Filing of Exhibit to Supplemental Declaration of Sheriff Joe Arpaio, In Support Of Plaintiff's Motion For Injunction (Civil Action Nos. 14-cv-1966) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

>ADAM D. KIRSCHNER
>Trial Attorney
>Civil Division, Federal Programs Branch
>U.S. Department of Justice
>P.O. Box 883
>Washington, D.C. 20044
>Tel.: (202) 353-9265
>Fax: (202) 616-8470
>Adam.Kirschner@usdoj.gov
>*Attorney for Defendants*

>Respectfully submitted,

>/s/ *Larry Klayman*
>Larry Klayman, Esq.
>D.C. Bar No. 334581
>2020 Pennsylvania Ave. NW, Suite 345
>Washington, DC 20006
>Tel: (310) 595-0800