# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH ARPAIO, <br><br>    Plaintiff, <br><br>        v. <br><br>BARACK OBAMA, ET AL. <br><br>    Defendants. | Civ. Action No. 14-cv-1966 (BAH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen R. Hartnett, United States Department of Justice, as counsel of record for Defendants in this matter.

Ms. Hartnett's contact information is included below.

Kathleen R. Hartnett
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Tel: (202) 514-2331
Fax: (202) 514-8071
E-Mail: Kathleen.R.Hartnett@usdoj.gov

Dated: December 21, 2014					Respectfully submitted,

									JOYCE R. BRANDA
									Acting Assistant Attorney General

									 /s/ Kathleen R. Hartnett
									KATHLEEN R. HARTNETT
									(DC Bar No. 483250)
									Deputy Assistant Attorney General
									U.S. Department of Justice
									Civil Division
									950 Pennsylvania Avenue, N.W.
									Washington, D.C. 20530
									Tel: (202) 514-2331
									Fax: (202) 514-8071
									E-Mail: Kathleen.R.Hartnett@usdoj.gov

									*Counsel for Defendants*