# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH M. ARPAIO, *Sheriff, Maricopa County, Arizona*,

        Plaintiff,

        v.

BARACK OBAMA, *in his individual and professional capacity as President, United States of America, et al.*,

        Defendants.

Civil Action No. 14-1966 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of the defendants' motion to dismiss for lack of subject matter jurisdiction, ECF Nos. 13, 15, and the plaintiff's motion for preliminary injunction, ECF No. 7, the related legal memoranda in support and in opposition, the declarations attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, because the Court lacks subject matter jurisdiction over this matter, the defendants' motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the plaintiff's motion for preliminary injunction is DENIED;[1] and it is further

---

[1] The plaintiff's motion for a preliminary injunction docketed at ECF No. 6 is DENIED as moot.

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: December 23, 2014

*This is a final and appealable Order.*


_____
BERYL A. HOWELL
United States District Judge