# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH ARPAIO,

            Plaintiff,

   v.

BARACK OBAMA, ET AL.

            Defendants.

Case 1:14-cv-01966

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Joseph Arpaio appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of this Court entered on December 23, 2014 (Docket Nos. 23, 24)(Exhibits 1, 2), which granted Defendants' Motion to Dismiss, dismissed all claims, and denied Plaintiff's Motion for Preliminary Injunction; and all other orders and rulings adverse to Plaintiff in this case.

Dated: December 23, 2014

                                Respectfully submitted,

                                /s/ *Larry Klayman*
                              Larry Klayman, Esq.
                              D.C. Bar No. 334581
                              Klayman Law Firm
                              2020 Pennsylvania Ave. NW, Suite 345
                              Washington, DC 20006
                              Tel: (310) 595-0800

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 23rd day of December, 2014 a true and correct copy of the foregoing Notice of Appeal (Civil Action Nos. 14-cv-1966) was submitted electronically to the District Court for the District of Columbia and served via CM/ECF upon the following:

>ADAM D. KIRSCHNER
>Trial Attorney
>Civil Division, Federal Programs Branch
>U.S. Department of Justice
>P.O. Box 883
>Washington, D.C. 20044
>Tel.: (202) 353-9265
>Fax: (202) 616-8470
>Adam.Kirschner@usdoj.gov
>*Attorney for Defendants*

                                      Respectfully submitted,

                                      /s/ *Larry Klayman*
                                      Larry Klayman, Esq.
                                      D.C. Bar No. 334581
                                      2020 Pennsylvania Ave. NW, Suite 345
                                      Washington, DC 20006
                                      Tel: (310) 595-0800